UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASKAN HOLDINGS, LTD.<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>    THE TREASURY, OFFICE OF<br>    FOREIGN ASSETS CONTROL, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:  1:20-cv-01458<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FED. R. CIV. PRO. 7.1 CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE REQUIRED BY LCvR 26.1**

    I, the undersigned, counsel of record for plaintiff Askan Holdings, Ltd., certify to the best of my knowledge and belief, the following are the corporations, parent companies, subsidiaries, affiliates, or companies which have outstanding securities in the hands of the public that own 10% or more of the stock of Askan Holdings, Ltd.:  Transylvania International Airlines SRL, a company organized under the laws of the Republic of Romania.

    Respectfully submitted,

        */s/* Teresa Taylor
    Teresa Taylor (DC Bar No. 484655)
    Joseph G. Cosby (DC Bar No. 29677)
    BUTZEL LONG, P.C.
    1909 K Street, N.W., Suite 500
    Washington, DC  20006
    Tel:  (202) 454-2800
    Fax: (202) 454-2805
    taylortn@butzel.com
    cosby@butzel.com

    *Counsel to Plaintiff Askan Holdings, Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing **Fed. R. Civ. Pro. 7.1 Corporate Disclosure Statement and Certificate Required by LCvR 26.1** is being served on each of the defendants together with the summons and complaint.

                                                    */s/* Teresa Taylor
                                                  Teresa Taylor