IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASKAN HOLDINGS LTD.,                )
                                    )
          Plaintiff,                )
                                    )
                                    )   CV No. 20–1458
     vs.                            )   Washington, D.C.
                                    )   June 9, 2020
U.S. DEPARTMENT OF THE TREASURY,    )   4:10 p.m.
OFFICE OF FOREIGN ASSETS CONTROL,   )
ET AL.,                             )
                                    )
          Defendants.               )
_____)


TRANSCRIPT OF TELEPHONE STATUS CONFERENCE CALL PROCEEDINGS
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES SENIOR DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:              Joseph G. Cosby
                                Teresa N. Taylor
                                BUTZEL LONG, P.C.
                                1909 K. Street, NW
                                Suite 500
                                Washington, D.C. 20006
                                (202) 454–2880
                                Email: cosby@butzel.com
                                Email: taylortn@butzel.com


For the Defendants:             Antonia M. Konkoly
                                Diane Kelleher
                                U.S. DEPARTMENT OF JUSTICE
                                Civil Division,
                                Federal Programs Branch
                                1100 L Street, NW
                                Washington, D.C. 20005
                                (202) 514–2395
                                Email:
                                antonia.konkoly@usdoj.gov

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6503
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

                    P R O C E E D I N G S

1

2          THE COURT:  Hello.  Judge Leon here.

3          DEPUTY CLERK:  Good afternoon, Judge.

4          Good afternoon to the parties.

5          Your Honor, this afternoon we have Civil Action

6    No. 20-1458, Askan Holdings versus the United States

7    Department of the Treasury, Office of Foreign Assets

8    Control, et al.

9          Will speaking counsel for the plaintiff please

10   identify himself and his colleague for the record.

11         MR. COSBY:  Good afternoon, Your Honor.  This is

12   Joseph Cosby representing Askan Holdings.

13         I'm joined today by Ms. Teresa Taylor.  We're both

14   from Butzel Long.  She'll be the lead trial counsel, but I

15   will be the lead for today.

16         THE COURT:  All right.

17         DEPUTY CLERK:  Will counsel for the defendants

18   please identify herself and her colleague for the record.

19         MS. KONKOLY:  Good afternoon, Your Honor.  This is

20   Antonia Konkoly from the Department of Justice.  And with

21   me, also from the Department of Justice, is Diane Kelleher.

22         THE COURT:  All right.

23         DEPUTY CLERK:  That's everyone, Your Honor.

24         THE COURT:  Okay.  Thank you very much, Counsel.

25         Thanks for making yourself available under these

1   COVID circumstances.

2        Obviously, the Court is trying to figure out what

3   the best way to proceed is here and what kind of a briefing

4   schedule makes sense under the circumstances.

5        So I want to give Mr. Cosby a start now; some

6   opportunity to explain what he's trying to accomplish here

7   and what he's trying to -- what he's trying get the Court to

8   do.

9        We don't issue mandamuses around here very often.

10  So I think if you're looking for a PI, I need to get some

11  idea of why you want a PI and why do you need a PI.

12       So go ahead.

13       MR. COSBY:  Yes.

14       Well, in four years, Your Honor, since the

15  property -- the down payment was frozen and there was almost

16  an immediate application to have that unfrozen, OFAC, as to

17  this point, not only refused to do that, but has even

18  refused to provide any information whatsoever to the

19  parties, to allow Askan Holdings to figure out exactly what

20  if needs to do, either to get it done correctly or even to

21  figure out which parties it needs to be aware of that it

22  needs to avoid and how it arranges his affairs.

23       So it's really critical that we get, as soon as

24  possible, the very bare minimum that we're entitled to under

25  the law, which is the unclassified record and unclassified

1   summaries of the classified record, supporting whatever

2   decision that OFAC takes.

3           But I think, even more importantly, is that we

4   need a clear and thoughtful consideration and immediate

5   action by OFAC.  They've had this case now, as I say, for

6   more than four years essentially, and have had this

7   particular petition for, now, eight months as of today.

8           That we get an action on this, because it's

9   extraordinarily critical to our client to be able to move

10  forward.  And it's got more than $900,000 of its own money

11  tied up and that it's able to reach during these very

12  challenging times.  And it's got a right to that.

13          So the injunction would be either to -- for OFAC

14  to grant the license, or, at the very least, to explain its

15  actions, to identify who it is that's causing the problem

16  here.

17          Because we have done an independent investigation,

18  both internally and also hiring a specialized firm in order

19  to find out -- and, you know, we've been trying to prove --

20  figure out how to prove a negative.

21          We can't find anybody who is listed on the SDN

22  list or who is especially designated global terrorists,

23  that's associated with the transaction at all.

24          And so we can't even figure out what it is that

25  OFAC is trying to get us to do.  And that's just -- that

1    problem needs to be resolved but it needs to be resolved

2    immediately.

3              THE COURT:  So you want a preliminary injunction

4    requiring OFAC to reveal the unclassified record ASAP?

5              MR. COSBY:  Yes.

6              THE COURT:  All right.

7              Why can't that just be done, Ms. Konkoly, without

8    even litigation on that?  I mean, I would think that's

9    something that could be accomplished by OFAC without having

10   to go through litigation, to the extent of whether they're

11   entitled to it.

12             MS. KONKOLY:  Thank you, Your Honor.

13             I would note, first of all, I don't think four

14   years is the relevant time frame here.

15             The plaintiff did get a decision on its first

16   application back in February of 2017.  And then they

17   re-applied for a second license in October 2019.  So that's

18   the time period that we're really talking about in terms of,

19   you know, any arguable delay involved.

20             Second of all, what I can tell you -- and, you

21   know, we were only served on Friday; I've only been assigned

22   to this case since Friday.

23             But I have spoken to Treasury and they are

24   prepared to issue a decision on the second pending license

25   application by the end of this month, by June 30th.  And

1    what we would propose is that the parties would meet and

2    confer after that to discuss what kind of schedule may be

3    possible for the production of the administrative record and

4    a motion practice on any claims that haven't be mooted out

5    by the issuance of the decision on the license application.

6              In terms of producing the administrative record,

7    I'm not in a position to speak right now to any

8    particularities about this record.

9              But the types of records very often involve

10   classified, privileged, non-responsive or otherwise

11   protected information, even in the absence of a pandemic and

12   the limitations on people's abilities to work inside the

13   office, inside the SCIF.

14             They often take a great deal of time to compile,

15   given that it's often the case that there are many agencies

16   that may have equities in the information that's at issue.

17   So we're going to need a reasonable amount of time to put

18   together any records that would, you know, attach to these

19   claims.

20             So we propose that we would meet and confer about

21   what may be realistic after a decision on the open

22   application is issued and that that schedule take into

23   account the 60 days that the defendants are afforded under

24   the Federal Rules to respond to this complaint.

25             With respect to irreparable harm, I understand

1    that the plaintiffs are -- they're upset that the $900,000

2    has been blocked, but --

3            And I don't understand this to be a merits

4    hearing, but just briefly I would note that I don't think

5    they've articulated any reason why there's any irreparable

6    harm in proceeding on a normal, as opposed to an emergency,

7    type schedule here with respect to this one.

8            THE COURT:  Yeah, I would encourage the plaintiffs

9    to familiarize themselves, if they're not, with the

10   irreparable-harm component of a PI in this Circuit.  It's

11   very tough.  And if it's a financial issue, it's really

12   tough.  And the chances of getting a PI, unless you can show

13   that that $900,000 is going to bring down your company, is

14   very slim, very slim.

15           MR. COSBY:  Well, Your Honor, with --

16           THE COURT:  So having some time to work on an

17   arrangement might make some sense, in the short run.

18           MR. COSBY:  I think if we can get things done

19   expeditiously, the Counsel has already said that they want

20   at least 60 days.  They certainly know enough about this

21   case to show up and discuss it and address it right now.

22   I don't know why they need another 60 days to be able to

23   address this.

24           And as far as the irreparable harm, you know, in

25   order to operate the commercial airline that they're trying

1  to do, they needed to get an airline-operator certificate.

2  And this was the critical part of this.

3       It's at this point not only not possible to

4  complete that transaction, it's really, really impossible

5  for them to be able to understand what they need to do next

6  in order to be able to move forward and to be able to

7  operate their business.

8       As you said, Your Honor, if it brings the company

9  down, well, in this case, it's brought the operation -- this

10 entire operation down.  They're not able to launch the

11 business, as they were intending to launch four years ago,

12 because not only did they not have research -- the money

13 that they were ready to use to do that, but, in addition to

14 that, they have no clear indication of what they need to do

15 or avoid in order to make sure that they don't run into this

16 problem again.

17      THE COURT:  Well, don't they want to get a ruling

18 on their most recent application?

19      MR. COSBY:  Of course.

20      THE COURT:  You're going to be getting it in a

21 couple weeks.

22      MR. COSBY:  Well, but the problem is that the last

23 ruling that we got just simply said, we've taken a look at

24 the record and it's supported by what we've got.

25      And that was it.  They did not -- and this is one

1    of the problems:  That decision was actually in May of 2017,

2    not February of 2017.  But it put us in the position of

3    having to try to figure it out.

4            And the reason why there's this additional time

5    that's been put into all this is because they didn't give us

6    the information that we need.

7            And I have not yet heard from counsel for the DOJ

8    that they're actually going to live up to their obligations

9    under the Fifth Amendment; that when there is property in

10   the United States -- and the D.C. Circuit has said this very

11   clearly in the *National Council* case, that if it's property

12   that a foreign entity has in the United States the

13   government action interferes with, it's entitled to

14   information, you know, the unclassified records as soon as

15   the government asks.

16           And I think that's a pretty strong basis for the

17   irreparable harm in this case, as well as it's been four

18   years and we still haven't seen it.

19           And we need that as soon as it can possibly -- not

20   just the decision.  Yeah, if they grant the license, that's

21   great, that will take care of it.  But if they don't,

22   though, we really need that information as soon as that

23   decision is made.

24           THE COURT:  Ms. Konkoly, can you check with

25   whoever you need to check with at the Treasury Department

1    and report back to the Court with a copy -- in letter

2    form -- with a copy to the plaintiff's counsel, say, next

3    week, as to when, realistically, is the soonest they can get

4    an unclassified record out to the other side?

5            MS. KONKOLY:  I can certainly confer further with

6    Treasury on that issue, Your Honor.

7            I can tell you right now, though, that we're going

8    to need a reasonable and substantial amount of time, in

9    light of the type of information that is very likely to be

10   at issue and in light of the constraints, you know, imposed

11   by COVID, and, you know, the fact that the Federal

12   Government is on -- much of the Federal Government is on max

13   telework right now and that these types of consultations

14   that are likely to be required, are -- they require people

15   to be in SCIFs physically present in the office.

16           And it's -- those are just some realities of the,

17   you know, exigencies of the current situation with respect

18   to the type of information that we suspect is at issue in

19   this case.

20           I would just further --

21           THE COURT:  Even if it's the unclassified record?

22           MS. KONKOLY:  I'm not able to speak right now as

23   to whether there is any unclassified information in this

24   report.  I'm not.  I don't have that information as of

25   today.

1          THE COURT:  Well, that's what I'm trying to find

2   out.

3          MS. KONKOLY:  Trying to provide an unclassified

4   summary of classified information is the type of thing that

5   can take a long time in the best of circumstances, and,

6   particularly at this moment in time, we've got reason to

7   believe will take longer --

8          THE COURT:  So I --

9          MR. COSBY:  My understanding is --

10          MS. KONKOLY:  -- to the extent it's possible.

11          MR. COSBY:  My understanding, Your Honor, is that

12   OFAC recently hired additional people in order to be able to

13   handle all of this, in addition to which -- it having an

14   administrative record.

15          It issued a decision on a previous application

16   back in May of 2017.  It has known for eight months, since

17   October of 2019.  We gave it about a ten-page application

18   explaining why there were errors in -- very specifically,

19   why there were errors in the previous -- you know, in the

20   previous go-around.

21          And I'm sure that they've had a chance to take a

22   look at their previous administrative record and to compile

23   it and to compare it with what they've got.

24          All of this happened a long time before COVID got

25   started.  And they've said they've recently hired even more

1  people to be able to handle these things.

2          This is something that I think, you know, they

3  should be able -- as you're suggesting, it shouldn't be that

4  hard to come up with the -- with the unclassified records

5  and to tell us what the reasons are and who it was that

6  triggered all of this in the first place.

7          THE COURT:  Well, those are two very different

8  things.

9          Whether or not they can give you an unclassified

10 version is one thing.  It's a whole other thing whether they

11 can reveal what their sources are.

12         The odds are overwhelming probably that their

13 sources are classified and they will not be able to share

14 that with you, although I don't know, we'll find out.

15         So --

16         MR. COSBY:  Well, I think they should be able

17 to -- if I may, Your Honor, I think they should be able to

18 at least give us some reason for their action, other than

19 "we reviewed the records and we're sure we're right," which

20 is basically the only thing that they've said so far.

21         THE COURT:  Well, I'll tell you what I'll do:

22 I'll give you and counsel for the government, Ms. Konkoly, a

23 couple days to talk among yourselves.  I don't feel like

24 we're making much progress right here, right now.

25         You're entitled to -- it's a PI application;

1   you're entitled to a hearing in 21 days.  That would be a

2   hearing at the end of the month.  You filed it on -- last

3   Friday, I believe was the day you filed your motion.

4           MR. COSBY:  Last Tuesday, Your Honor.

5           THE COURT:  Yeah.

6           Huh?

7           MR. COSBY:  Last Tuesday.

8           THE COURT:  Was it Tuesday?

9           MR. COSBY:  Yes.

10          And it was served on the U.S. Attorney's Office on

11  Friday by hand, and our information is, that the Certified

12  Mail copies to the Department of Treasury and the

13  U.S. Attorney General arrived this morning.

14          THE COURT:  Okay.

15          So I'll give -- Ms. Konkoly, you can have ten days

16  to respond.

17          So let's see.  Today is the 9th.  You can have

18  till the 19th to respond.

19          And then we'll get a reply in by close of business

20  on the 22nd.

21          And we'll have oral argument on the 23rd, unless

22  you can reach an agreement between both sides to delay the

23  PI hearing and wait and see what the next ruling is going to

24  be.

25          And, Ms. Konkoly, you can inform the Treasury

1   Department that the Court has directed you, ordered you to

2   find out the best estimate when they can provide the

3   unclassified -- the best estimate, I said "estimate" -- of

4   when they can provide an unclassified record with regards to

5   the prior ruling in this case.  All right?  You can

6   represent that to them.  And I'd like to get a response on

7   that from you next week in writing, with a copy to the

8   plaintiffs.

9             Do you have any questions about the timetable,

10  Counsel?

11            MS. KONKOLY:  Yes.

12            When you say "with respect to the prior ruling,"

13  do you mean the record with respect to the license that has

14  already been denied?

15            MR. COSBY:  Yes.

16            Yes, that's what Treasury needs.

17            MS. KONKOLY:  Okay.

18            And when you say "next week," do you mean by

19  Friday of next week?

20            THE COURT:  Next Friday, close of business, 5:00.

21            MS. KONKOLY:  Understood.

22            THE COURT:  And they have till Monday, the 22nd,

23  for their reply.

24            And I'll set it down for oral argument at 3:00 on

25  the 23rd on the PI.

1          It will -- obviously, it's going to be a

2    telephonic hearing.  We don't have any hearings in the

3    courthouse right now.

4          Do you understand?

5          MR. COSBY:  Yes.

6          MS. KONKOLY:  Yes.

7          THE COURT:  Very good.

8          So 3:00 on the 23rd for the oral argument on the

9    PI.

10          And I strongly urge the parties to get together

11   and use some common sense and deal with the practical

12   realities of this situation.

13          I strongly encourage Askan to be -- familiarize

14   yourself with the D.C. Circuit law with regard to the issue

15   of irreparable harm.  And I strongly recommend that OFAC

16   roll up its sleeves and do the heavy lifting it needs to get

17   done to get an unclassified version of this thing out sooner

18   than the 23rd.

19          Thank you, Counsel.  Have a good day.

20          MS. KONKOLY:  Thank you.

21          MR. COSBY:  Thank you, Your Honor.

22          (Proceedings concluded at 4:29 p.m.)

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__June 11, 2020_____    /S/__William P. Zaremba_____

                           William P. Zaremba, RMR, CRR

DEPUTY CLERK: [3]
3/3 3/17 3/23
MR. COSBY: [16] 3/11
4/13 6/5 8/15 8/18 9/19
9/22 12/9 12/11 13/16
14/4 14/7 14/9 15/15
16/5 16/21
MS. KONKOLY: [11]
3/19 6/12 11/5 11/22
12/3 12/10 15/11 15/17
15/21 16/6 16/20
THE COURT: [22]

**$**
$900,000 [3] 5/10 8/1
8/13

**/**
/S [1] 17/10

**1**
11 [1] 17/10
1100 [1] 1/21
1458 [2] 1/5 3/6
19 [1] 17/6
1909 [1] 1/15
19th [1] 14/18

**2**
20-1458 [2] 1/5 3/6
20001 [1] 2/5
20005 [1] 1/22
20006 [1] 1/16
2017 [4] 6/16 10/1 10/2
12/16
2019 [2] 6/17 12/17
202 [3] 1/17 1/22 2/6
2020 [2] 1/6 17/10
21 [1] 14/1
22nd [2] 14/20 15/22
2395 [1] 1/22
23rd [4] 14/21 15/25
16/8 16/18
2880 [1] 1/17

**3**
30th [1] 6/25
3249 [1] 2/6
333 [1] 2/4
354-3249 [1] 2/6
3:00 [2] 15/24 16/8

**4**
454-2880 [1] 1/17
4:10 [1] 1/6
4:29 [1] 16/22

**5**
500 [1] 1/16
514-2395 [1] 1/22
5:00 [1] 15/20

**6**
60 [3] 7/23 8/20 8/22
6503 [1] 2/5

**9**
9th [1] 14/17

**A**
abilities [1] 7/12
able [14] 5/9 5/11 8/22
9/5 9/6 9/6 9/10 11/22
12/12 13/1 13/3 13/13
13/16 13/17
about [6] 6/18 7/8 7/20
8/20 12/17 15/9
above [1] 17/4
above-titled [1] 17/4
absence [1] 7/11
accomplish [1] 4/6
accomplished [1] 6/9
account [1] 7/23
action [5] 3/5 5/5 5/8
10/13 13/18
actions [1] 5/15
actually [2] 10/1 10/8
addition [2] 9/13 12/13
additional [1] 10/4
12/12
address [2] 8/21 8/23
administrative [4] 7/3
7/6 12/14 12/22
affairs [1] 4/22
afforded [1] 7/23
after [2] 7/2 7/21
afternoon [5] 3/3 3/4
3/5 3/11 3/19
again [1] 9/16
agencies [1] 7/15
ago [1] 9/11
agreement [1] 14/22
ahead [1] 4/12
aided [1] 2/7
airline [1] 8/25 9/1
airline-operator [1] 9/1
al [2] 1/7 3/8
all [11] 3/16 3/22 5/23
6/6 6/13 6/20 10/5
12/13 12/24 13/6 15/5
All right [2] 3/16 15/5
allow [1] 4/19
almost [1] 4/15
already [2] 8/19 15/14
also [2] 3/21 5/18
although [1] 13/14
Amendment [1] 10/9
among [1] 13/23
amount [2] 7/17 11/8
another [1] 8/22
Antonia [2] 1/19 3/20
antonia.konkoly [1]
1/23
any [10] 4/18 6/19 7/4
7/7 7/18 8/5 8/5 11/23
15/9 16/2
anybody [1] 5/21
APPEARANCES [2]
1/13 1/24
application [9] 4/16
6/16 6/25 7/5 7/22 9/18
12/15 12/17 13/25
applied [1] 6/17
are [12] 6/23 7/15 7/23
8/1 11/14 11/14 11/16
13/5 13/7 13/11 13/12
13/13

**B**
back [3] 6/16 11/1
12/16
bare [1] 4/24
basically [1] 13/20
basis [1] 10/16
be [32]
because [4] 5/8 5/17
9/12 10/5
been [6] 5/19 6/21 8/2
10/5 10/17 15/14
before [2] 1/11 12/24
believe [2] 12/7 14/3
best [4] 4/3 12/5 15/2
15/3
between [1] 14/22
blocked [1] 8/2
both [3] 3/13 5/18
14/22
Branch [1] 1/21
briefing [1] 4/3
briefly [1] 8/4
bring [1] 8/13
brings [1] 9/8
brought [1] 9/9
business [4] 9/7 9/11
14/19 15/20
BUTZEL [2] 1/15 3/14
butzel.com [1] 1/17
1/18

**C**
CALL [1] 1/10
can [18]
can't [3] 5/21 5/24 6/7
care [1] 10/21
case [9] 5/5 6/22 7/15
8/21 9/9 10/11 10/17
11/19 15/5
causing [1] 5/15
certainly [2] 8/20 11/5
certificate [1] 9/11

argument [3] 14/21
15/24 16/8
around [2] 4/9 12/20
arrangement [1] 8/17
arranges [1] 4/22
arrived [1] 14/13
articulated [1] 8/5
as [22]
ASAP [1] 6/4
ASKAN [5] 1/3 3/6 3/12
4/19 16/13
asks [1] 10/15
ASSETS [1] 1/7 3/7
assigned [1] 6/21
associated [1] 5/23
attach [1] 7/18
Attorney [1] 14/13
Attorney's [1] 14/10
Attorney's Office [1]
14/10
available [1] 3/25
Avenue [1] 2/4
avoid [2] 4/22 9/15
aware [1] 4/21

certify [1] 17/2
challenging [1] 5/12
chance [1] 12/21
chances [1] 8/12
check [2] 10/24 10/25
Circuit [3] 8/10 10/10
16/14
circumstances [3] 4/1
4/4 12/5
Civil [1] 1/20 3/5
claims [2] 7/4 7/19
classified [4] 5/1 7/10
12/4 13/13
clear [2] 5/4 9/14
clearly [1] 10/11
client [1] 5/9
close [2] 14/19 15/20
colleague [2] 3/10 3/18
COLUMBIA [1] 1/1
come [1] 13/4
commercial [1] 8/25
common [1] 16/11
company [2] 8/13 9/8
compare [1] 12/23
compile [2] 7/14 12/22
complaint [1] 7/24
complete [1] 9/4
component [1] 8/10
computer [1] 2/7
computer-aided [1]
2/7
concluded [1] 16/22
confer [3] 7/2 7/20
11/5
CONFERENCE [1]
1/10
consideration [1] 5/4
Constitution [1] 2/4
constraints [1] 11/10
consultations [1]
11/13
CONTINUED [1] 2/1
CONTROL [2] 1/7 3/8
copies [1] 14/12
copy [3] 11/1 11/2 15/7
correct [1] 17/3
correctly [1] 4/20
cosby [4] 1/14 1/17
3/12 4/5
could [1] 6/9
Council [1] 10/11
counsel [10] 3/9 3/14
3/17 3/24 8/19 10/7
11/2 13/22 15/10 16/19
couple [2] 9/21 13/23
course [1] 9/19
court [8] 1/1 2/2 2/3
4/2 4/7 11/1 15/1 17/7
courthouse [1] 2/4
16/3
COVID [4] 4/1 11/11
12/24 17/6
COVID-19 [1] 17/6
critical [2] 4/23 5/9 9/2
CRR [2] 17/2 17/11
current [1] 11/17
CV [1] 1/5

**D**
D.C [4] 1/5 1/16 1/22
2/5
D.C. [2] 10/16 16/14
D.C. Circuit [2] 10/10
16/14
Date [1] 17/10
day [2] 14/3 16/19
days [6] 7/23 8/20 8/22
13/23 14/1 14/15
deal [2] 7/14 16/11
decision [9] 5/2 6/15
6/24 7/5 7/21 10/1
10/20 10/23 12/15
delay [2] 6/19 14/22
denied [1] 15/14
DEPARTMENT [8] 1/6
1/20 3/7 3/20 3/21
10/25 14/12 15/1
designated [1] 5/22
Diane [2] 1/19 3/21
Diane Kelleher [1]
3/21
did [3] 6/15 9/12 9/25
didn't [1] 10/5
different [1] 13/7
directed [2] 15/1
discuss [1] 7/2 8/21
DISTRICT [3] 1/1 1/1
1/11
Division [1] 1/20
do [15] 4/8 4/11 4/17
4/20 5/25 9/1 9/5 9/13
9/14 13/21 15/9 15/13
15/18 16/4 16/16
do you [1] 4/11
Do you have [1] 15/9
Do you understand [1]
16/4
DOJ [1] 10/7
don't [12] 4/9 6/13 8/3
8/4 8/22 9/15 9/17
10/21 11/24 13/14
13/23 16/2
done [5] 4/20 5/17 6/7
8/18 16/17
down [5] 4/15 8/13 9/9
9/10 15/24
during [2] 5/11 17/5

**E**
eight [2] 5/7 12/16
either [2] 4/20 5/13
Email [3] 1/17 1/18
1/23
emergency [1] 8/6
encourage [2] 8/8
16/13
end [2] 6/25 14/2
enough [1] 8/20
entire [1] 9/10
entitled [5] 4/24 6/11
10/13 13/25 14/1
entity [1] 10/12
equities [1] 7/16
errors [2] 12/18 12/19

# E

**especially** [1] 5/22
**essentially** [1] 5/6
**estimate** [3] 15/2 15/3 15/3
**et** [2] 1/7 3/8
**even** [8] 4/17 4/20 5/3 5/24 6/8 7/11 11/21 12/25
**everyone** [1] 3/23
**exactly** [1] 4/19
**exigencies** [1] 11/17
**expeditiously** [1] 8/19
**explain** [2] 4/6 5/14
**explaining** [1] 12/18
**extent** [2] 6/10 12/10
**extraordinarily** [1] 5/9

# F

**fact** [1] 11/11
**familiarize** [2] 8/9 16/13
**far** [8] 8/24 13/20
**February** [2] 6/16 10/2
**Federal** [4] 1/21 7/24 11/11 11/12
**feel** [1] 13/23
**Fifth** [1] 10/9
**figure** [6] 4/2 4/19 4/21 5/20 5/24 10/3
**filed** [2] 14/2 14/3
**financial** [1] 8/11
**find** [5] 5/19 5/21 12/1 13/14 15/2
**firm** [1] 5/18
**first** [3] 6/13 6/15 13/6
**foregoing** [1] 17/3
**foreign** [3] 1/7 3/7 10/12
**form** [1] 11/2
**forward** [2] 5/10 9/6
**four** [5] 4/14 5/6 6/13 9/11 10/17
**frame** [1] 16/4
**Friday** [6] 6/21 6/22 14/3 14/11 15/19 15/20
**frozen** [1] 4/15
**further** [2] 11/5 11/20

# G

**gave** [1] 12/17
**General** [1] 14/13
**get** [16] 4/7 4/10 4/20 4/23 5/8 5/25 6/15 8/18 9/1 9/17 11/3 14/19 15/6 16/10 16/16 16/17
**getting** [2] 8/12 9/20
**give** [6] 4/5 10/5 13/9 13/18 13/22 14/15
**given** [1] 7/15
**global** [1] 5/22
**go** [3] 4/12 6/10 12/20
**go-around** [1] 12/20
**going** [7] 7/17 8/13 9/20 10/8 11/7 14/23 16/1
**good** [6] 3/3 3/4 3/11 3/19 16/7 16/19

# H

**had** [3] 5/5 5/6 12/21
**hand** [1] 14/11
**handle** [2] 12/13 13/1
**happened** [1] 12/24
**hard** [1] 13/4
**harm** [6] 7/25 8/6 8/10 8/24 10/17 16/15
**has** [8] 4/17 8/2 8/19 10/10 10/12 12/16 15/1 15/13
**have** [17] 3/5 4/16 5/6 5/17 6/23 7/16 9/12 9/14 10/7 11/24 14/15 14/17 14/21 15/9 15/22 16/2 16/19
**haven't** [2] 7/4 10/18
**having** [2] 6/9 8/16 10/3 12/13
**he's** [3] 4/6 4/7 4/7
**heard** [1] 10/7
**hearing** [6] 8/4 14/1 14/2 14/23 16/2 17/5
**hearings** [1] 16/2
**heavy** [1] 16/16
**Hello** [1] 3/2
**her** [1] 3/18
**here** [8] 3/2 4/3 4/6 4/9 5/16 6/14 8/7 13/24
**herself** [1] 3/18
**himself** [1] 3/10
**hired** [2] 12/12 12/25
**hiring** [1] 5/18
**his** [2] 3/10 4/22
**HOLDINGS** [4] 1/3 3/6 3/12 4/19
**Honor** [13] 3/5 3/11 3/19 3/23 4/14 6/12 8/15 9/8 11/6 12/11 13/17 14/4 16/21
**HONORABLE** [1] 1/11
**how** [2] 4/22 5/20
**Huh** [1] 14/6

# I

**I believe** [1] 14/3
**I can** [3] 6/20 11/5 11/7
**I don't** [1] 8/22
**I don't have** [1] 11/24
**I don't think** [2] 6/13 8/4
**I mean** [1] 6/8
**I think** [5] 8/18 10/16 13/2 13/16 13/17
**I understand** [1] 7/25
**I want** [1] 4/5
**I'd** [1] 15/6
**I'll** [5] 13/21 13/21 13/22 14/15 15/24
**I'm** [6] 3/13 7/7 11/22

**I'm not** [3] 7/7 11/22 11/24
**I've** [1] 6/21
**idea** [1] 4/11
**identify** [3] 3/10 3/18 5/15
**immediate** [2] 4/16 5/4
**immediately** [1] 6/2
**importantly** [1] 5/3
**imposed** [1] 11/10
**impossible** [1] 9/4
**independent** [1] 5/17
**indication** [1] 9/14
**inform** [1] 14/25
**information** [12] 4/18 7/11 7/16 10/6 10/14 10/22 11/9 11/18 11/23 11/24 12/4 14/11
**injunction** [2] 5/13 6/3
**inside** [2] 7/12 7/13
**intending** [1] 9/11
**interferes** [1] 10/13
**internally** [1] 10/13
**investigation** [1] 5/17
**involve** [1] 7/9
**involved** [1] 6/19
**irreparable** [6] 7/25 8/5 8/10 8/24 10/17 16/15
**irreparable-harm** [1] 8/10
**is** [39]
**issuance** [1] 7/5
**issue** [8] 4/9 6/24 7/16 8/11 11/6 11/10 11/18 16/14
**issued** [2] 7/22 12/15
**it** [32]
**it's** [22]
**its** [4] 5/10 5/14 6/15 16/16

# J

**joined** [1] 3/13
**Joseph** [2] 1/14 3/12
**JUDGE** [1] 1/11 3/2 3/3
**Judge Leon** [1] 3/2
**June** [3] 1/6 6/25 17/10
**just** [7] 5/25 6/7 8/4 9/23 10/20 11/16 11/20
**JUSTICE** [3] 1/20 3/20 3/21

# K

**Kelleher** [2] 1/19 3/21
**kind** [2] 4/3 7/2
**know** [14] 5/19 6/19 6/21 7/18 8/20 8/22 8/24 10/14 11/10 11/11 11/17 12/19 13/2 13/14
**known** [1] 12/16
**Konkoly** [5] 1/19 3/20 6/7 10/24 13/22 14/15 14/25

# L

**last** [4] 9/22 14/2 14/4 14/7

**law** [2] 4/25 16/14
**lead** [2] 3/14 3/15
**least** [3] 5/14 8/20 13/18
**LEON** [2] 1/11 3/2
**let's** [1] 14/17
**let's see** [1] 14/17
**letter** [1] 11/1
**license** [6] 5/14 6/17 6/24 7/5 10/20 15/13
**lifting** [1] 16/16
**light** [2] 11/9 11/10
**like** [2] 13/23 15/6
**likely** [2] 11/9 11/14
**limitations** [2] 7/12 17/7
**list** [1] 5/22
**listed** [1] 5/21
**litigation** [2] 6/8 6/10
**live** [1] 10/8
**long** [4] 1/15 3/14 12/5 12/24
**longer** [1] 12/7
**look** [2] 9/23 12/22
**looking** [1] 4/10
**LTD** [1] 1/3

# M

**made** [1] 10/23
**Mail** [1] 14/12
**make** [2] 8/17 9/15
**makes** [1] 4/4
**making** [2] 3/25 13/24
**mandamuses** [1] 4/9
**many** [1] 7/15
**matter** [1] 17/4
**max** [1] 11/12
**may** [6] 7/2 7/16 7/21 10/1 12/16 13/17
**me** [1] 3/21
**mean** [2] 6/8 15/13 15/18
**mechanical** [1] 2/7
**meet** [2] 7/1 7/20
**Merit** [1] 2/2
**merits** [1] 8/3
**might** [1] 8/17
**minimum** [1] 4/24
**moment** [1] 12/6
**Monday** [1] 15/22
**money** [2] 5/10 9/12
**month** [2] 6/25 14/2
**months** [2] 5/7 12/16
**more** [4] 5/3 5/6 5/10 12/25
**morning** [1] 14/13
**most** [1] 9/18
**motion** [2] 7/4 14/3
**move** [2] 5/9 9/6
**Mr.** [1] 4/5
**Mr. Cosby** [1] 4/5
**Ms.** [5] 3/13 6/7 10/24 13/22 14/15 14/25
**Ms. Konkoly** [5] 6/7 10/24 13/22 14/15 14/25

**Ms. Teresa Taylor** [1] 3/13
**much** [3] 3/24 11/12 13/24
**My** [2] 12/9 12/11

# N

**National** [1] 10/11
**need** [12] 4/10 4/11 5/4 7/17 8/22 9/5 9/14 10/6 10/19 10/22 10/25 11/8
**needed** [1] 9/1
**needs** [2] 4/20 4/21 4/22 6/1 6/1 15/16 16/16
**negative** [1] 5/20
**next** [7] 9/5 11/2 14/23 15/7 15/18 15/19 15/20
**no** [3] 1/5 3/6 9/14
**non** [1] 7/10
**non-responsive** [1] 7/10
**normal** [1] 8/16
**not** [16] 4/17 7/7 8/9 9/3 9/3 9/10 9/12 9/12 9/25 10/2 10/7 10/19 11/22 11/24 13/9 13/13
**note** [2] 4/17 6/17
**now** [10] 4/5 5/5 5/7 7/7 8/21 11/7 11/13 11/22 13/24 16/3
**NW** [3] 1/15 1/21 2/4

# O

**obligations** [1] 10/8
**obviously** [2] 4/2 16/1
**occurred** [1] 17/5
**October** [2] 6/17 12/17
**odds** [1] 13/12
**OFAC** [9] 4/16 5/2 5/5 5/13 5/25 6/4 6/9 12/12 16/15
**office** [5] 1/7 3/7 7/13 11/15 14/10
**Official** [1] 2/3
**often** [4] 4/9 7/9 7/14 7/15
**Okay** [3] 3/24 14/14 15/17
**one** [3] 8/7 9/25 13/10
**only** [6] 4/17 6/21 6/21 9/3 9/12 13/20
**open** [1] 7/21
**operate** [2] 8/25 9/7
**operation** [2] 9/9 9/10
**operator** [1] 9/1
**opportunity** [1] 4/6
**opposed** [1] 8/6
**oral** [3] 14/21 15/24 16/8
**order** [5] 5/18 8/25 9/6 9/15 12/12
**ordered** [1] 15/1
**other** [3] 11/4 13/10 13/18
**otherwise** [1] 7/10
**our** [2] 5/9 14/11
**out** [13] 4/2 4/19 4/21

**O**

out... [10] 5/19 5/20
5/24 7/4 10/3 11/4 12/2
13/14 15/2 16/17
overwhelming [1]
13/12
own [1] 5/10

**P**

P.C [1] 1/15
p.m [2] 1/6 16/22
page [1] 12/17
pandemic [2] 7/11 17/6
part [1] 9/2
particular [1] 5/7
particularities [1] 7/8
particularly [1] 12/6
parties [5] 3/4 4/19
4/21 7/1 16/10
payment [1] 4/15
pending [1] 6/24
people [3] 11/14 12/12
13/1
people's [1] 7/12
period [1] 6/18
petition [1] 5/7
physically [1] 11/15
PI [9] 4/10 4/11 4/11
8/10 8/12 13/25 14/23
15/25 16/9
place [1] 13/6
plaintiff [4] 1/4 1/14
3/9 6/15
plaintiff's [1] 11/2
plaintiffs [3] 8/1 8/8
15/8
please [3] 3/9 3/18
17/5
point [2] 4/17 9/3
position [2] 7/7 10/2
possible [4] 4/24 7/3
9/3 12/10
possibly [1] 10/19
practical [1] 16/11
practice [1] 7/4
preliminary [1] 6/3
prepared [1] 6/24
present [1] 11/15
pretty [1] 10/16
previous [4] 12/15
12/19 12/20 12/22
prior [2] 15/5 15/12
privileged [1] 7/10
probably [1] 13/12
problem [4] 5/15 6/1
9/16 9/22
problems [1] 10/1
proceed [1] 4/3
proceeding [1] 8/6
proceedings [4] 1/10
2/7 16/22 17/4
produced [1] 2/7
producing [1] 7/6
production [1] 7/3
Programs [1] 1/21
progress [1] 13/24
property [3] 4/15 10/9
10/11

proposed [2] 7/1 8/8
protected [1] 7/11
prove [2] 5/19 5/20
provide [4] 4/18 12/3
15/2 15/4
put [3] 7/17 10/2 10/5

**Q**

questions [1] 15/9

**R**

re [1] 6/17
re-applied [1] 6/17
reach [2] 5/11 14/22
ready [1] 9/13
realistic [1] 7/21
realistically [1] 11/3
realities [2] 11/16
16/12
really [6] 4/23 6/18
8/11 9/4 9/4 10/22
Realtime [1] 2/3
reason [4] 8/5 10/4
12/6 13/18
reasonable [2] 7/17
11/8
reasons [1] 13/5
recent [1] 9/18
recently [2] 12/12
12/25
recommend [1] 16/15
record [16] 3/10 3/18
4/25 5/1 6/4 7/3 7/6 7/8
9/24 11/4 11/21 12/14
12/22 15/4 15/13 17/3
recorded [1] 2/7
records [5] 7/9 7/18
10/14 13/4 13/19
refused [2] 4/17 4/18
regard [1] 16/14
regards [1] 15/4
Registered [1] 2/2
relevant [1] 6/14
remotely [1] 17/7
reply [2] 14/19 15/23
report [2] 11/1 11/24
Reporter [4] 2/2 2/2
2/3 2/3
reporting [1] 17/7
represent [1] 15/6
representing [1] 3/12
require [1] 11/14
required [1] 11/14
requiring [1] 6/4
research [1] 9/12
resolved [1] 6/17
respect [5] 7/25 8/7
11/17 15/12 15/13
respond [3] 7/24 14/16
14/18
response [1] 15/6
responsive [1] 7/10
reveal [2] 6/4 13/11
reviewed [1] 13/19
RICHARD [1] 1/11
right [14] 3/16 3/22
5/12 6/6 7/7 8/21 11/7
11/13 11/22 13/6

RMR [2] 17/2 17/11
roll [1] 16/16
Room [1] 2/5
Rules [1] 7/24
ruling [5] 9/17 9/23
14/23 15/5 15/12
run [2] 8/17 9/15

**S**

said [7] 8/19 9/8 9/23
10/10 12/25 13/20 15/3
say [4] 5/5 11/2 15/12
15/18
schedule [4] 4/4 7/2
7/22 8/7
SCIF [1] 7/13
SCIFs [1] 11/15
SDN [1] 5/21
second [3] 6/17 6/20
6/24
see [2] 14/17 14/23
seen [1] 10/18
SENIOR [1] 1/11
sense [3] 4/4 8/17
16/11
served [2] 6/21 14/10
set [1] 15/24
share [1] 13/13
She'll [1] 3/14
short [1] 8/17
should [3] 13/3 13/16
13/17
shouldn't [1] 13/3
show [2] 8/12 8/21
side [1] 11/4
sides [1] 14/22
simply [1] 9/23
since [3] 3/14 6/22
12/16
situation [2] 11/17
16/12
sleeves [1] 16/16
slim [2] 8/14 8/14
so [17] 4/5 4/10 4/12
4/23 5/13 5/24 6/3 6/17
7/17 7/20 8/16 12/8
13/15 13/20 14/15
14/17 16/8
So I think [1] 4/10
some [7] 4/5 4/10 8/16
8/17 11/16 13/18 16/11
something [2] 6/9 13/2
soon [4] 4/23 10/14
10/19 10/22
sooner [1] 16/17
soonest [1] 11/3
sources [2] 13/11
13/13
speak [2] 7/7 11/22
speaking [1] 3/9
specialized [1] 5/18
specifically [1] 12/18
spoken [1] 6/23
start [1] 4/5
started [1] 12/25
STATES [1] 1/1 1/11
3/6 10/10 10/12

stenography [1] 2/7
still [1] 10/18
Street [1] 1/15 1/21
strong [1] 10/16
strongly [2] 16/10
16/13 16/15
subject [1] 17/6
substantial [1] 11/8
suggesting [1] 13/3
Suite [1] 1/16
summaries [1] 5/1
summary [1] 12/4
supported [1] 9/24
supporting [1] 5/1
sure [3] 9/15 12/21
13/19
suspect [1] 11/18

**T**

take [6] 7/14 7/22
10/21 12/5 12/7 12/21
taken [1] 9/23
takes [1] 5/2
talk [1] 13/23
talking [1] 6/18
Taylor [2] 1/14 3/13
taylortn [1] 1/18
technological [1] 17/7
TELEPHONE [1] 1/10
telephonic [1] 16/2
telework [1] 11/13
tell [4] 6/20 11/7 13/5
13/21
ten [2] 12/17 14/15
ten-page [1] 12/17
Teresa [2] 1/14 3/13
terms [2] 6/18 7/6
terrorists [1] 5/25
than [4] 5/6 5/10 13/18
16/18
Thank [5] 3/24 6/12
16/19 16/20 16/21
Thank you [2] 3/24
16/21
Thanks [1] 3/25
that [77]
that's [12] 3/23 5/15
5/23 5/25 6/8 6/17 7/16
10/5 10/16 10/20 12/1
15/16
their [8] 9/7 9/18 10/8
12/22 13/11 13/12
13/18 15/23
them [2] 9/5 15/6
themselves [1] 8/9
then [2] 6/16 14/19
there [6] 4/15 7/15 10/9
11/23 12/18 12/19
there's [2] 8/5 10/4
therefore [1] 17/6
these [5] 3/25 5/11
7/18 11/13 13/1
they [30]
they're [6] 6/10 8/1 8/9
8/25 9/10 10/8
they've [7] 5/5 8/5
12/21 12/23 12/25

thing [5] 12/4 13/10
13/10 13/20 16/17
things [8] 8/18 13/1
13/8
think [10] 4/10 5/3 6/8
6/13 8/4 8/18 10/16
12/16 13/16 13/17
this [39]
those [2] 11/16 13/7
though [2] 10/22 11/7
thoughtful [1] 5/4
through [1] 6/10
tied [1] 5/11
till [2] 14/18 15/22
time [10] 6/14 6/18
7/14 7/17 8/16 10/4
11/8 12/5 12/6 12/24
times [1] 5/12
timetable [1] 15/9
titled [1] 17/4
today [3] 3/13 3/15 5/7
11/25 14/17
together [2] 7/18 16/10
tough [2] 8/11 8/12
transaction [2] 5/23
9/4
transcript [3] 1/10 2/7
17/3
transcription [1] 2/7
TREASURY [8] 1/6 3/7
6/23 10/25 11/6 14/12
14/25 15/16
trial [1] 3/14
triggered [1] 13/6
try [1] 10/3
trying [9] 4/2 4/6 4/7
4/7 5/19 5/25 8/25 12/1
12/3
Tuesday [1] 14/4 14/7
14/8
two [1] 13/7
type [4] 8/7 11/9 11/18
12/4
types [2] 7/9 11/13

**U**

U.S [4] 1/6 1/20 2/4
14/10
U.S. [1] 14/13
U.S. Attorney [1] 14/13
unclassified [13] 4/25
4/25 6/4 10/14 11/4
11/21 11/23 12/3 13/4
13/9 15/3 15/4 16/17
under [5] 3/25 4/4 4/24
7/23 10/9
understand [4] 7/25
8/3 9/5 16/4
understanding [2]
12/9 12/11
Understood [1] 15/21
unfrozen [1] 4/16
UNITED [1] 1/1 1/11
3/6 10/10 10/12
United States [1] 3/6
unless [2] 8/12 14/21
up [5] 5/11 8/21 10/8

**U**

up... [2]  13/4 16/16
upset [1]  8/1
urge [1]  16/10
us [5]  5/25 10/2 10/5
13/5 13/18
usdoj.gov [1]  1/23
use [2]  9/13 16/11

**V**

version [2]  13/10 16/17
versus [1]  3/6
very [14]  3/24 4/9 4/24
5/11 5/14 7/9 8/11 8/14
8/14 10/10 11/9 12/18
13/7 16/7
vs [1]  1/5

**W**

wait [1]  14/23
want [5]  4/5 4/11 6/3
8/19 9/17
was [9]  4/15 4/15 9/2
9/25 10/1 13/5 14/3
14/8 14/10
Washington [4]  1/5
1/16 1/22 2/5
way [1]  4/3
we [22]
we'll [3]  13/14 14/19
14/21
we're [8]  3/13 4/24
6/18 7/17 11/7 13/19
13/19 13/24
we've [4]  5/19 9/23
9/24 12/6
week [4]  11/3 15/7
15/18 15/19
weeks [1]  9/21
well [10]  4/14 8/15 9/9
9/17 9/22 10/17 12/1
13/7 13/16 13/21
were [5]  6/21 9/11 9/13
12/18 12/19
what [21]
whatever [1]  5/1
whatsoever [1]  4/18
when [6]  10/9 11/3
15/2 15/4 15/12 15/18
whether [4]  6/10 11/23
13/9 13/10
which [4]  4/21 4/25
12/13 13/19
who [4]  5/15 5/21 5/22
13/5
whoever [1]  10/25
whole [1]  13/10
why [8]  4/11 4/11 6/7
8/5 8/22 10/4 12/18
12/19
will [7]  3/9 3/15 3/17
10/21 12/7 13/13 16/1
William [4]  2/2 17/2
17/10 17/11
without [2]  6/7 6/9
work [2]  7/12 8/16
would [11]  5/13 6/8
6/13 7/1 7/1 7/18 7/20

writing [1]  15/7

**Y**

Yeah [3]  8/8 10/20 14/5
years [5]  4/14 5/6 6/14
9/11 10/18
Yes [8]  4/13 6/5 14/9
15/11 15/15 15/16 16/5
16/6
yet [1]  10/7
you [45]
you're [5]  4/10 9/20
13/3 13/25 14/1
your [15]  3/5 3/11 3/19
3/23 4/14 6/12 8/13
8/15 9/8 11/6 12/11
13/17 14/3 14/4 16/21
Your Honor [13]  3/5
3/11 3/19 3/23 4/14
6/12 8/15 9/8 11/6
12/11 13/17 14/4 16/21
yourself [2]  3/25 16/14
yourselves [1]  13/23

**Z**

Zaremba [4]  2/2 17/2
17/10 17/11