IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASKAN HOLDINGS,   ) | |
| ) | |
|     Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 1:20-cv-1458 (RJL) |
| ) | |
| U.S. DEPARTMENT OF THE TREASURY,   ) | |
| OFFICE OF FOREIGN ASSETS CONTROL;   ) | |
| STEVEN MNUCHIN, in his official capacity as   ) | |
| Secretary of the U.S. Department of the   ) | |
| Treasury; and ANDREA GACKI, in her official   ) | |
| capacity as Director of the U.S. Department of   ) | |
| the Treasury, Office of Foreign Assets Control;   ) | |
| ) | |
|     Defendants. | |

**DEFENDANTS' STATUS UPDATE**

Pursuant to the Court's June 9, 2020 Minute Order, Defendants, the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC"); Treasury Secretary Steven Mnuchin, in his official capacity; and OFAC Director Andrea Gacki, in her official capacity, hereby submit this status report to provide Defendants' best estimate as to when they will be able to submit the redacted, unclassified Administrative Record in support of the challenged agency action in this case.[1]

Defendants estimate they will be able to provide a redacted, unclassified version of the Administrative Record to Plaintiff by July 31, 2020. This deadline should provide Defendants sufficient time to compile the record and complete a certification and index. It will further ensure

---

[1] As Defendants intend to discuss in their Opposition to Plaintiff's Motion for Injunctive Relief or in the Alternative for Mandamus, the relevant Administrative Record in this case is the record supporting OFAC's June 12, 2020 denial of Plaintiff's request for reconsideration of OFAC's May 2, 2017 license denial. Because OFAC's June 12 decision supplanted the May 2, 2017 decision, the Administrative Record for the more recent decision will include all of the materials upon which OFAC relied, directly or indirectly, in making its May 2 decision plus any additional materials considered in connection with its June 12 decision.

that any sensitive or otherwise privileged information is appropriately redacted, and that Defendants are able to adhere to the working conditions imposed on OFAC and Treasury officials as a result of the COVID-19 pandemic and ongoing demonstrations and related closures immediately adjacent to the building housing OFAC's offices.

Date:  June 19, 2020                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

DIANE KELLEHER
Assistant Branch Director

/s/
_____
NATHAN SWINTON
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-7667
Nathan.M.Swinton@usdoj.gov

*Counsel for Defendants*