IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASKAN HOLDINGS LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CV No. 20-1458 |
| vs. ) | Washington, D.C. |
| ) | June 22, 2020 |
| U.S. DEPARTMENT OF THE TREASURY, ) | 4:30 p.m. |
| OFFICE OF FOREIGN ASSETS CONTROL, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

TRANSCRIPT OF
TELEPHONE SCHEDULING STATUS CONFERENCE CALL PROCEEDINGS
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:         Joseph G. Cosby
                           Teresa N. Taylor
                           BUTZEL LONG, P.C.
                           1909 K. Street, NW
                           Suite 500
                           Washington, D.C. 20006
                           (202) 454-2880
                           Email: cosby@butzel.com
                           Email: taylortn@butzel.com

For the Defendants:        Antonia M. Konkoly
                           Diane Kelleher
                           U.S. DEPARTMENT OF JUSTICE
                           Civil Division,
                           Federal Programs Branch
                           1100 L Street, NW
                           Washington, D.C. 20005
                           (202) 514-2395
                           Email:
                           antonia.konkoly@usdoj.gov

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             U.S. Courthouse
                             333 Constitution Avenue, NW
                             Room 6503
                             Washington, D.C. 20001
                             (202) 354-3249
                             WilliamPZaremba@gmail.com

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
                    P R O C E E D I N G S
1
2           THE COURT:  Hello.  Judge Leon here.
3           DEPUTY CLERK:  Good afternoon, Judge.
4   Good afternoon to the parties.
5           The United States District Court for the
6   District of Columbia is now in session, the Honorable
7   Richard J. Leon presiding.  God save the United States and
8   this Honorable Court.  Please come to order.
9           Your Honor, this afternoon, this is a scheduling
10  telephone conference call.  We have case 20-1458,
11  Askan Holdings versus the United States Department of
12  Treasury, Office of Foreign Assets Control.
13          Will counsel appearing for the plaintiffs please
14  identify themselves for the record.
15          MR. COSBY:  Good afternoon, Your Honor.
16  Joseph Cosby on behalf of Askan Holdings.  I'm joined today
17  by Teresa Taylor.
18          THE COURT:  All right.  Welcome.
19          DEPUTY CLERK:  Will counsel for the defendants
20  please identify himself for the record.
21          LEFT SPEAKER:  Good afternoon.  This is
22  Nathan Swinton with the U.S. Department of Justice.
23          DEPUTY CLERK:  That's everyone, Your Honor.
24          THE COURT:  Welcome.
25          Oh, okay.  Great.
```

1          Thank you, everyone, for making yourselves
2  available on short notice.
3          When I set this oral argument for tomorrow,
4  I didn't know, and had no way of knowing, that,
5
6                                          I'm not going
7  to be available to have the argument tomorrow.
8          I need to reschedule the argument, and I wanted to
9  talk to counsel about when to reschedule it, because, for
10 obvious reasons, I received a notification from -- and
11 I'm sure that both parties, obviously, had this
12 notification -- that the government is going to be -- the
13 Treasury Department is going to be able to present its
14 record, administrative-type record to the parties sometime
15 about six weeks from now.
16         And so I was wondering, and I wanted to hear
17 especially from the plaintiff's counsel, whether it might
18 make sense to wait until you review that to see if you need
19 to amend in any way your pleadings or to certainly wait to
20 have oral argument until after you get those materials or
21 whether it doesn't make sense.
22         MR. COSBY:  Well, Your Honor -- thank you very
23 much, may it please the Court.
24         At this point, given what we originally brought
25 before the Court, it was that we were waiting for a decision

1  that's now happened, which is fantastic and we're happy that
2  has happened, although we haven't learned anything more than
3  we had before.
4          And the second part was to make sure that we got
5  the unredacted -- I'm sorry, the redacted, unclassified
6  record, and we pointed to certain things that we thought
7  ought to be part of that.  So right now, what I can see is,
8  that's what we're looking forward to, that's the relief
9  we're seeking in this motion.
10         The thing that we find troubling at this point is
11 that we said to the government over the weekend, if you can
12 make that a deadline, if you can promise that you're going
13 have it by then, so we might have not anything left to talk
14 about.
15         And at least at this point, we would want to
16 continue the hearing until after that deadline to make sure
17 that everything proceeds appropriately, and we'd be happy to
18 do that.  But the government said, well, you know, it's just
19 an estimate, we're not really all that sure.
20         So unfortunately, at this point, we're not sure
21 how much we can even trust the government's estimate.  But
22 if that is something that the government is willing to stick
23 with, I think that may be -- we may be able to go on at this
24 point.
25         THE COURT:  Well, I mean, obviously, I appreciate

1   the limitations for what the Justice Department attorneys
2   can say or do with regards to the work that the people at
3   Treasury will do.
4           But the Court can be helpful in making sure that
5   this is a timetable that the Treasury Department must comply
6   with, and one of the ways I can do that is set a hearing.
7           I think the deadline that they set for themselves
8   was July 30th.  Is my recollection correct?
9           MR. COSBY:  The 31st, I think.
10          THE COURT:  31st, Friday.
11          So I can set a hearing the following Tuesday,
12  August 4th, and -- with the understanding that if they don't
13  meet that deadline, that the people at Treasury who were
14  responsible for compiling, it will have to be present in my
15  courtroom to explain on the record why it is they couldn't
16  do it.
17          MR. COSBY:  That would be perfect, Your Honor.
18          THE COURT:  Mr. Swinton.
19          MR. SWINTON:  Yes, Your Honor.  We did have those
20  conversations over the weekend.
21          And then I think the most important point that
22  came out of those conversations is the email I received from
23  plaintiff's counsel this morning in which they said they're
24  actually not seeking a preliminary injunction, which was a
25  surprise.  But, instead, said that they're just, I believe,

1    almost seeking kind of a partial motion for summary judgment
2    on certain but not all of their claims, which is contrary to
3    my understanding of what was discussed during the status
4    conference with the Court on June 9th, which kind of put all
5    of this in motion.
6            So I think it's probably most helpful to properly
7    understand what exactly plaintiffs are seeking here.  If
8    they're seeking a preliminary injunction, I don't think it
9    makes sense to have that kind of looming over the
10   government's head for the next seven weeks while it's
11   complying the administrative record.
12           The government submitted the July 31st, following
13   discussions with our counterparts at the Treasury
14   Department, in order to provide the Court the best estimate
15   of when it could provide the administrative record.  It's
16   certainly making every effort to meet that deadline.
17           But as discussed in the declaration from OFAC
18   Director Andrea Gacki, there are some thing that are
19   happening at the present time that might interfere with
20   meeting that deadline.
21           So at present, that really is just the
22   government's best effort of when it could provide the
23   unclassified redacted administrative record in the case.
24           THE COURT:  Let me make it simple for you,
25   Mr. Swinton:

1  The Court expects them to meet that deadline.  And
2  if they can't meet that deadline, they'll appear in my
3  courtroom on the 4th, including the person who's in charge,
4  the lady you just mentioned, is in charge of OFAC, who gave
5  the estimate.  And she can explain on the record in my
6  courtroom why it is they couldn't meet it.
7  I expect them to get it done and to get extra help
8  if they need extra help, especially if the consequence of
9  doing that is to obviate the necessity of this litigation
10 any further.
11 There's no way, if the Court held an oral argument
12 next week even, there's no way I would have an opinion out
13 by July 30th.  There's no way.  And I have to issue an
14 opinion if it's a PI.
15 So the practical reality is, Mr. Cosby has
16 indicated on the record now to the Court that he believes
17 that if they get that record by the 31st, that that might --
18 in essence, cause them to withdraw the suit.
19 MR. COSBY:  I wouldn't necessarily say the suit,
20 Your Honor, but certainly the motion.
21 THE COURT:  Well --
22 MR. COSBY:  Because I think at that point, we
23 would want to take a look at the record to see whether or
24 not it was the record that formed the rational basis for the
25 decision.  And we do have a claim that it's arbitrary and

1     capricious.  We can't really pursue that claim until we've
2     had a chance to take a look at the record.
3               THE COURT:  Well, the practical reality is, you'll
4     have from the 31st till the 4th to review it.
5               I doubt it's going to be more than 100 pages,
6     probably less than that.
7               And unless, Mr. Swinton, do you have some idea of
8     how long it will be?  I'd be surprised if it's over 100
9     pages.
10              MR. SWINTON:  I don't know in this particular
11    instance, Your Honor.
12              I do know in other cases I've handled involving
13    OFAC, the administrative records have tended to be more in
14    the range of a couple hundred pages.  So I --
15              THE COURT:  But even still.
16              MR. SWINTON:  Yeah.
17              THE COURT:  Assuming, for the sake of discussion,
18    it's a couple hundred pages, you know, that's what weekends
19    are for.
20              And, Mr. Cosby, you and your team will have
21    Saturday, the 1st, and Sunday, the 2nd, and Monday the 3rd
22    of August, and you'll have a chance to review it.  So when
23    you appear in my courtroom on the 4th, you'll be able to
24    give me some idea of where we're going with this case.
25              I'm not going to reschedule an oral argument on

1  the PI when it may not even be a PI.
2           Especially when the government is going to be in a
3  position, hopefully, to turn over the record in another five
4  weeks from now, that will obviate the need for this motion
5  altogether.
6           So...
7           MR. COSBY:  Yeah.
8           THE COURT:  So that's what I'm thinking of doing
9  right now.
10          And unless I hear something else from the parties,
11 that's my intention.
12          Mr. Cosby, do you have anything to add?
13          MR. COSBY:  Your Honor, I think that would be
14 perfectly fine with us.  Thank you.
15          THE COURT:  All right.
16          Mr. Swinton, do you have anything else you want to
17 add?
18          MR. SWINTON:  Your Honor, I do think it would be
19 helpful if we could have clarity going forward as to what
20 exactly plaintiff's motion is, because, again, plaintiffs
21 informed us this morning that this is not a motion for a
22 preliminary injunction, contrary to representations they
23 made at the June 9th status conference.
24          THE COURT:  Well, I'll take him on his word for
25 the moment.

1        And what difference does it make to the
2   government?  You've already filed your opposition.
3        MR. SWINTON:  We filed an opposition to a
4   preliminary injunction.
5        But if plaintiff isn't actually seeking a
6   preliminary injunction, we submit that it would make more
7   sense in this case to have it proceed on a normal timeline,
8   which would involve submission of the administrative record
9   and then cross-motions for summary judgment if we're there.
10       THE COURT:  Well, that's what we're going to
11  decide on the 4th.
12       So your mission, from the Court's perspective,
13  Mr. Swinton, is pretty simple:  You sit down with Treasury
14  and make it clear to them that the Judge expects them to
15  meet the deadline.  And that if they can't meet the
16  deadline, then the person that you just mentioned on the
17  record, I can't remember her name, from OFAC, is going to
18  have to appear in my courtroom on the 4th of August and
19  explain on the record why it was she couldn't meet the
20  deadline.
21       That's your job, okay?  You don't need to file any
22  more pleadings.  Is that clear enough for you?
23       MR. SWINTON:  Understood, Your Honor.
24       THE COURT:  Very good.
25       Mr. Cosby, do you have anything else you want to

```
 1   add?
 2            MR. COSBY:  No.  Just thank you.
 3            THE COURT:  Okay.
 4            The hearing will be set for 4:00 on August 4th.
 5   That's a Tuesday.
 6            And, Mr. Cosby, I expect you, by then, to have
 7   reviewed the record and be in a position to answer questions
 8   from the Court as it relates to where you see the case going
 9   as a result of the record you have.
10            MR. COSBY:  We will be ready.  Thank you,
11   Your Honor.
12            THE COURT:  Very good.
13            All right, Counsel, have a good day.  Take care.
14            MS. KELLEHER:  Thank you.
15            Good luck                    Thank you.
16            THE COURT:  Thank you.  I appreciate that.
17            MR. COSBY:  Same for that.
18            THE COURT:  All right.  Bu-bye.
19            (Proceedings concluded at 4:48 p.m.)
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__June 25, 2020_____   /S/__William P. Zaremba_____

                                        William P. Zaremba, RMR, CRR

| | | | | |
|---|---|---|---|---|
| **DEPUTY CLERK: [3]** 3/3 3/19 3/23<br>**LEFT SPEAKER: [1]** 3/21<br>**MR. COSBY: [11]** 3/15 4/22 6/9 6/17 8/19 8/22 10/7 10/13 12/2 12/10 12/17<br>**MR. SWINTON: [6]** 6/19 9/10 9/16 10/18 11/3 11/23<br>**MS. KELLEHER: [1]** 12/14<br>**THE COURT: [20]**<br>**/**<br>**/S [1]** 13/10<br>**1**<br>**100 [2]** 9/5 9/8<br>**1100 [1]** 1/21<br>**1458 [2]** 1/5 3/10<br>**19 [1]** 13/6<br>**1909 [1]** 1/15<br>**1st [1]** 9/21<br>**2**<br>**20-1458 [2]** 1/5 3/10<br>**20001 [1]** 2/5<br>**20005 [1]** 1/22<br>**20006 [1]** 1/16<br>**202 [3]** 1/17 1/22 2/6<br>**2020 [2]** 1/6 13/10<br>**22 [1]** 1/6<br>**2395 [1]** 1/22<br>**25 [1]** 13/10<br>**2880 [1]** 1/17<br>**2nd [1]** 9/21<br>**3**<br>**30th [2]** 6/8 8/13<br>**31st [5]** 6/9 6/10 7/12 8/17 9/4<br>**3249 [1]** 2/6<br>**333 [1]** 2/4<br>**354-3249 [1]** 2/6<br>**3rd [1]** 9/21<br>**4**<br>**454-2880 [1]** 1/17<br>**4:00 [1]** 12/4<br>**4:30 [1]** 1/6<br>**4:48 [1]** 12/19<br>**4th [7]** 6/12 8/3 9/4 9/23 11/11 11/18 12/4<br>**5**<br>**500 [1]** 1/16<br>**514-2395 [1]** 1/22<br>**6**<br>**6503 [1]** 2/5<br>**9**<br>**9th [2]** 7/4 10/23<br>**A**<br>**able [3]** 4/13 5/23 9/23 | **about [3]** 4/14 15/4<br>**above [1]** 13/4<br>**above-titled [1]** 13/4<br>**actually [2]** 6/24 11/5<br>**add [3]** 10/12 10/17 12/1<br>**administrative [6]** 4/14 7/11 7/15 7/23 9/13 11/8<br>**administrative-type [1]** 4/14<br>**after [2]** 4/20 5/16<br>**afternoon [5]** 3/3 3/4 3/9 3/15 3/21<br>**again [1]** 10/20<br>**aided [1]** 2/8<br>**AL [1]** 1/7<br>**all [7]** 3/18 5/19 7/2 7/4 10/15 12/13 12/18<br>**almost [1]** 7/1<br>**already [1]** 11/2<br>**although [1]** 5/2<br>**altogether [1]** 10/5<br>**amend [1]** 4/19<br>**Andrea [1]** 7/18<br>**another [1]** 10/3<br>**answer [1]** 12/7<br>**Antonia [1]** 1/19<br>**antonia.konkoly [1]** 1/23<br>**any [3]** 4/19 8/10 11/21<br>**anything [5]** 5/2 5/13 10/12 10/16 11/25<br>**appear [3]** 8/2 9/23 11/18<br>**APPEARANCES [2]** 1/13 1/24<br>**appearing [1]** 3/13<br>**appreciate [2]** 5/25 12/16<br>**appropriately [1]** 5/17<br>**arbitrary [1]** 8/25<br>**are [4]** 7/7 7/18 7/18 9/19<br>**argument [6]** 4/3 4/7 4/8 4/20 8/11 9/25<br>**as [4]** 7/17 10/19 12/8 12/9<br>**ASKAN [3]** 1/3 3/11 3/16<br>**Askan Holdings [1]** 3/11<br>**ASSETS [2]** 1/7 3/12<br>**Assuming [1]** 9/17<br>**attorneys [1]** 6/1<br>**August [4]** 6/12 9/22 11/18 12/4<br>**available [2]** 4/2 4/7<br>**Avenue [1]** 2/4<br>**B**<br>**basis [1]** 8/24<br>**be [22]**<br>**because [3]** 4/9 8/22 10/20<br>**before [3]** 1/11 4/25 5/3<br>**behalf [1]** 3/16 | **believe [1]** 8/16<br>**believes [1]** 8/16<br>**best [2]** 7/14 7/22<br>**both [1]** 4/11<br>**Branch [1]** 1/21<br>**brought [1]** 4/24<br>**Bu [1]** 12/18<br>**Bu-bye [1]** 12/18<br>**BUTZEL [1]** 1/15<br>**butzel.com [2]** 1/17 1/18<br>**bye [1]** 12/18<br>**C**<br>**call [2]** 1/11 3/10<br>**came [1]** 6/22<br>**can [9]** 5/7 5/11 5/12 5/21 6/2 6/4 6/6 6/11 8/5<br>**can't [4]** 8/2 9/1 11/15 11/17<br>**capricious [1]** 9/1<br>**care [1]** 12/13<br>**case [5]** 3/10 7/23 9/24 11/7 12/8<br>**cases [1]** 9/12<br>**cause [1]** 8/18<br>**certain [2]** 5/6 7/2<br>**certainly [3]** 4/19 7/16 8/20<br>**Certified [1]** 2/3<br>**certify [1]** 13/2<br>**chance [2]** 9/2 9/22<br>**charge [2]** 8/3 8/4<br>**Civil [1]** 1/20<br>**claim [2]** 8/25 9/1<br>**claims [1]** 7/2<br>**clarity [1]** 10/19<br>**clear [2]** 11/14 11/22<br>**COLUMBIA [2]** 1/1 3/6<br>**come [1]** 3/8<br>**compiling [1]** 6/14<br>**comply [1]** 6/5<br>**complying [1]** 7/11<br>**computer [1]** 2/8<br>**computer-aided [1]** 2/8<br>**concluded [1]** 12/19<br>**conference [4]** 1/11 3/10 7/4 10/23<br>**consequence [1]** 8/8<br>**Constitution [1]** 2/4<br>**continue [1]** 5/16<br>**CONTINUED [1]** 2/1<br>**contrary [2]** 7/2 10/22<br>**CONTROL [2]** 1/7 3/12<br>**conversations [2]** 6/20 6/22<br>**correct [2]** 6/8 13/3<br>**cosby [8]** 1/14 1/17 3/16 8/15 9/20 10/12 11/25 12/6<br>**could [3]** 7/15 7/22 10/19<br>**couldn't [3]** 6/15 8/6 11/19<br>**counsel [6]** 3/13 3/19 4/9 4/17 6/23 12/13 | **counterpart [1]** 7/14<br>**couple [2]** 9/14 9/18<br>**court [15]**<br>**Court's [1]** 11/12<br>**Courthouse [1]** 2/4<br>**courtroom [5]** 6/15 8/3 8/6 9/23 11/18<br>**COVID [1]** 13/6<br>**COVID-19 [1]** 13/6<br>**cross [1]** 11/9<br>**cross-motions [1]** 11/9<br>**CRR [2]** 13/2 13/11<br>**CV [1]** 1/5<br>**D**<br>**D.C [4]** 1/5 1/16 1/22 2/5<br>**Date [1]** 13/10<br>**day [1]** 12/13<br>**deadline [11]** 5/12 5/16 6/7 6/13 7/16 7/20 8/1 8/2 11/15 11/16 11/20<br>**decide [1]** 11/11<br>**decision [2]** 4/25 8/25<br>**declaration [1]** 7/17<br>**defendants [3]** 1/8 1/19 3/19<br>**DEPARTMENT [8]** 1/6 1/20 3/11 3/22 4/13 6/1 6/5 7/14<br>**Diane [1]** 1/19<br>**did [1]** 6/19<br>**didn't [1]** 4/4<br>**difference [1]** 11/1<br>**Director [1]** 7/18<br>**discussed [2]** 7/3 7/17<br>**discussion [1]** 9/17<br>**discussions [1]** 7/13<br>**DISTRICT [5]** 1/1 1/1 1/12 3/5 3/6<br>**Division [1]** 1/20<br>**do [12]** 5/18 6/2 6/3 6/6 6/16 8/25 9/7 9/12 10/12 10/16 10/18 11/25<br>**do you have [3]** 9/7 10/12 11/25<br>**does [1]** 11/1<br>**doesn't [1]** 4/21<br>**doing [2]** 8/9 10/8<br>**don't [4]** 6/12 7/8 9/10 11/21<br>**done [1]** 8/7<br>**doubt [1]** 9/5<br>**down [1]** 11/13<br>**during [2]** 7/3 13/5<br>**E**<br>**effort [2]** 7/16 7/22<br>**else [3]** 10/10 10/16 11/25<br>**email [4]** 1/17 1/18 1/23 6/22<br>**enough [1]** 11/22<br>**especially [3]** 4/17 8/8 10/2<br>**essence [1]** 8/18<br>**estimate [4]** 5/19 5/21 | **ET [1]** 1/7<br>**even [4]** 5/21 8/12 9/15 10/1<br>**every [1]** 7/16<br>**everyone [2]** 3/23 4/1<br>**everything [1]** 5/17<br>**exactly [2]** 7/7 10/20<br>**expect [2]** 8/7 12/6<br>**expects [2]** 8/1 11/14<br>**explain [3]** 6/15 8/5 11/19<br>**extra [2]** 8/7 8/8<br>**F**<br>**fantastic [1]** 5/1<br>**Federal [1]** 1/21<br>**file [1]** 11/21<br>**filed [2]** 11/2 11/3<br>**find [1]** 5/10<br>**fine [1]** 10/14<br>**five [1]** 10/3<br>**following [2]** 6/11 7/12<br>**foregoing [1]** 13/3<br>**FOREIGN [2]** 1/7 3/12<br>**formed [1]** 8/24<br>**forward [2]** 5/8 10/19<br>**Friday [1]** 6/10<br>**further [1]** 8/10<br>**G**<br>**Gacki [1]** 7/18<br>**gave [1]** 8/4<br>**get [4]** 4/20 8/7 8/7 8/17<br>**give [1]** 9/24<br>**given [1]** 4/24<br>**gmail.com [1]** 2/6<br>**go [1]** 5/23<br>**God [1]** 3/7<br>**going [12]** 4/6 4/12 4/13 5/12 9/5 9/24 9/25 10/2 10/19 11/10 11/17 12/8<br>**good [8]** 3/3 3/4 3/15 3/21 11/24 12/12 12/13 12/15<br>**Good afternoon [1]** 3/4<br>**got [1]** 5/4<br>**government [7]** 4/12 5/11 5/18 5/22 7/12 10/2 11/2<br>**government's [3]** 5/21 7/10 7/22<br>**Great [1]** 3/25<br>**H**<br>**had [4]** 4/4 4/11 5/3 9/2<br>**handled [1]** 9/12<br>**happened [2]** 5/1 5/2<br>**happening [1]** 7/19<br>**happy [2]** 5/1 5/17<br>**has [2]** 5/2 8/15<br>**have [25]**<br>**haven't [1]** 5/2<br>**he [1]** 8/16<br>**head [1]** 7/10 |

**H**
**hear [2]** 4/16 10/10
**hearing [5]** 5/16 6/6 6/11 12/4 13/5
**held [1]** 8/11
**Hello [1]** 3/2
**help [2]** 8/7 8/8
**helpful [3]** 6/4 7/6 10/19
**her [1]** 11/17
**here [2]** 3/2 7/7
**him [1]** 10/24
**himself [1]** 3/20
**his [1]** 10/24
**HOLDINGS [3]** 1/3 3/11 3/16
**Honor [12]** 3/9 3/15 3/23 4/22 6/17 6/19 8/20 9/11 10/13 10/18 11/23 12/11
**HONORABLE [3]** 1/11 3/6 3/8
**hopefully [1]** 10/3
**how [2]** 5/21 9/8
**hundred [2]** 9/14 9/18

**I**
**I believe [1]** 6/25
**I can [3]** 5/7 6/6 6/11
**I didn't know [1]** 4/4
**I don't think [1]** 7/8
**I have [1]** 8/13
**I think [6]** 5/23 6/7 6/9 6/21 8/22 10/13
**I was [1]** 4/16
**I'd [1]** 9/8
**I'll [1]** 10/24
**I'm [6]** 3/16 4/6 4/11 5/5 9/25 10/8
**I'm not [1]** 4/6
**I'm sorry [1]** 5/5
**I'm sure [1]** 4/11
**I'm thinking [1]** 10/8
**I've [1]** 9/12
**idea [2]** 9/7 9/24
**identify [2]** 3/14 3/20
**important [1]** 6/21
**including [1]** 8/3
**indicated [1]** 8/16
**informed [1]** 10/21
**injunction [5]** 6/24 7/8 10/22 11/4 11/6
**instance [1]** 9/11
**instead [1]** 6/25
**intention [1]** 10/11
**interfere [1]** 7/19
**involve [1]** 11/8
**involving [1]** 9/12
**is [30]**
**isn't [1]** 11/5
**issue [1]** 8/13
**it [28]**
**it would be [1]** 10/18
**it's [9]** 5/18 7/6 7/10 7/15 8/14 8/25 9/5 9/8 9/18
**its [1]** 4/13

**J**
**job [1]** 11/21
**joined [1]** 3/16
**Joseph [2]** 1/14 3/16
**Joseph Cosby [1]** 3/16
**JUDGE [4]** 1/12 3/2 3/3 11/14
**Judge Leon [1]** 3/2
**judgment [2]** 7/1 11/9
**July [3]** 6/8 7/12 8/13
**June [4]** 1/6 7/4 10/23 13/10
**just [6]** 5/18 6/25 7/21 8/4 11/16 12/2
**JUSTICE [3]** 1/20 3/22 6/1

**K**
**Kelleher [1]** 1/19
**kind [3]** 7/1 7/4 7/9
**know [5]** 4/4 5/18 9/10 9/12 9/18
**knowing [1]** 4/4
**Konkoly [1]** 1/19

**L**
**lady [1]** 8/4
**learned [1]** 5/2
**least [1]** 5/15
**left [1]** 5/13
**LEON [3]** 1/11 3/2 3/7
**less [1]** 9/6
**Let [1]** 7/24
**limitations [2]** 6/1 13/7
**litigation [1]** 8/9
**long [2]** 1/15 9/8
**look [2]** 8/23 9/2
**looking [1]** 5/8
**looming [1]** 7/9
**LTD [1]** 1/3
**luck [1]** 12/15

**M**
**made [1]** 10/23
**make [9]** 4/18 4/21 5/4 5/12 5/16 7/24 11/1 11/6 11/14
**makes [1]** 7/9
**making [3]** 4/1 6/4 7/16
**materials [1]** 4/20
**matter [1]** 13/4
**may [4]** 4/23 5/23 5/23 10/1
**me [2]** 7/24 9/24
**mean [1]** 5/25
**mechanical [1]** 2/7
**meet [8]** 6/13 7/16 8/1 8/2 8/6 11/15 11/15 11/19
**meeting [1]** 7/20
**mentioned [2]** 8/4 11/16
**Merit [1]** 2/2
**might [4]** 4/17 5/13 7/19 8/17
**mission [1]** 11/12
**moment [1]** 10/25
**Monday [1]** 9/21
**most [5]** 3/25 6/21 11/6 11/22
**morning [2]** 6/23 10/21
**most [2]** 6/21 7/6
**motion [7]** 5/9 7/1 7/5 8/20 10/4 10/20 10/21
**motions [1]** 11/9
**Mr. [10]** 6/18 7/25 8/15 9/7 9/20 10/12 10/16 11/13 11/25 12/6
**Mr. Cosby [5]** 8/15 9/20 10/12 11/25 12/6
**Mr. Swinton [5]** 6/18 7/25 9/7 10/16 11/13
**much [2]** 4/23 5/21
**must [1]** 6/5
**my [8]** 6/8 6/14 7/3 8/2 8/5 9/23 10/11 11/18

**N**
**name [1]** 11/17
**Nathan [1]** 3/22
**Nathan Swinton [1]** 3/22
**necessarily [1]** 8/19
**necessity [1]** 8/9
**need [5]** 4/8 4/18 8/8 10/4 11/21
**next [2]** 7/10 8/12
**no [6]** 1/5 4/4 8/11 8/12 8/13 12/2
**normal [1]** 11/7
**not [10]** 4/6 5/13 5/19 5/20 6/24 7/2 8/24 9/25 10/1 10/21
**note [1]** 13/5
**notice [1]** 4/2
**notification [2]** 4/10 4/12
**now [7]** 3/6 4/15 5/1 5/7 8/16 10/4 10/9
**NW [3]** 1/15 1/21 2/4

**O**
**obviate [2]** 8/9 10/4
**obvious [1]** 4/10
**obviously [2]** 4/11 5/25
**occurred [1]** 13/5
**OFAC [4]** 7/17 8/4 9/13 11/17
**OFFICE [2]** 1/7 3/12
**Official [1]** 2/3
**Oh [1]** 3/25
**okay [3]** 3/25 11/21 12/3
**one [1]** 6/6
**opinion [2]** 8/12 8/14
**opposition [2]** 11/2 11/3
**oral [4]** 4/3 4/20 8/11 9/25
**order [2]** 3/8 7/14
**originally [1]** 4/24
**other [1]** 9/12
**ought [1]** 5/7
**our [1]** 7/13
**out [2]** 6/22 8/12
**over [5]** 5/11 6/20 7/9

**P**
**P.C [1]** 1/15
**p.m [2]** 1/6 12/19
**pages [4]** 9/5 9/9 9/14 9/18
**pandemic [1]** 13/6
**part [2]** 5/4 5/7
**partial [1]** 7/1
**particular [1]** 9/10
**parties [4]** 3/4 4/11 4/14 10/10
**people [2]** 6/2 6/13
**perfect [1]** 6/17
**perfectly [1]** 10/14
**person [2]** 8/3 11/16
**perspective [1]** 11/12
**PI [3]** 8/14 10/1 10/1
**plaintiff [3]** 1/4 1/14 11/5
**plaintiff's [3]** 4/17 6/23 10/20
**plaintiffs [3]** 3/13 7/7 10/20
**pleadings [2]** 4/19 11/22
**please [5]** 3/8 3/13 3/20 4/23 13/5
**point [7]** 4/24 5/10 5/15 5/20 5/24 6/21 8/22
**pointed [1]** 5/6
**position [2]** 10/3 12/7
**practical [2]** 8/15 9/3
**preliminary [5]** 6/24 7/8 10/22 11/4 11/6
**present [4]** 4/13 6/14 7/19 7/21
**presiding [1]** 3/7
**pretty [1]** 11/13
**probably [2]** 7/6 9/6
**proceed [1]** 11/7
**proceedings [4]** 1/11 2/7 12/19 13/4
**proceeds [1]** 5/17
**produced [1]** 2/8
**Programs [1]** 1/21
**promise [1]** 5/12
**properly [1]** 7/6
**provide [3]** 7/14 7/15 7/22
**pursue [1]** 9/1
**put [1]** 7/4

**Q**
**questions [1]** 12/7

**R**
**range [1]** 9/14
**rational [1]** 8/24
**ready [1]** 12/10
**reality [2]** 8/15 9/3
**really [3]** 5/19 7/21 9/1
**Realtime [1]** 2/3
**reasons [1]** 4/10
**received [2]** 4/10 6/22
**recollection [1]** 6/8
**record [22]**
**recorded [1]** 2/7
**records [1]** 9/13
**redacted [2]** 5/5 7/23
**regards [1]** 6/2
**Registered [1]** 2/2
**relates [1]** 12/8
**relief [1]** 5/8
**remember [1]** 11/17
**remotely [1]** 13/7
**Reporter [4]** 2/2 2/2 2/3 2/3
**reporting [1]** 13/7
**representations [1]** 10/22
**reschedule [3]** 4/8 4/9 9/25
**responsible [1]** 6/14
**result [1]** 12/9
**review [3]** 4/18 9/4 9/22
**reviewed [1]** 12/7
**RICHARD [2]** 1/11 3/7
**right [6]** 3/18 5/7 10/9 10/15 12/13 12/18
**RMR [2]** 13/2 13/11
**Room [1]** 2/5

**S**
**said [4]** 5/11 5/18 6/23 6/25
**sake [1]** 9/17
**Same [1]** 12/17
**Saturday [1]** 9/21
**save [1]** 3/7
**say [2]** 6/2 8/19
**scheduling [2]** 1/11 3/9
**second [1]** 5/4
**see [4]** 4/18 5/7 8/23 12/8
**seeking [6]** 5/9 6/24 7/1 7/7 7/8 11/5
**SENIOR [1]** 1/12
**sense [4]** 4/18 4/21 7/9 11/7
**session [1]** 3/6
**set [5]** 4/3 6/6 6/7 6/11 12/4
**seven [1]** 7/10
**she [2]** 8/5 11/19
**short [1]** 4/2
**simple [2]** 7/24 11/13
**sit [1]** 11/13
**six [1]** 4/15
**so [13]** 4/16 5/7 5/13 5/20 6/11 7/6 7/21 8/15 9/14 9/22 10/6 10/8 11/12
**So I think [1]** 7/6
**some [3]** 7/18 9/7 9/24
**something [2]** 5/22 10/10
**sometime [1]** 4/14
**sorry [1]** 5/5
**STATES [5]** 1/1 1/12 3/5 3/7 3/11
**status [3]** 1/11 7/3

15

**S**
**status... [1]** 10/23
**stenography [1]** 2/7
**stick [1]** 5/22
**still [1]** 9/15
**Street [2]** 1/15 1/21
**subject [1]** 13/6
**submission [1]** 11/8
**submit [1]** 11/6
**submitted [1]** 7/12
**suit [2]** 8/18 8/19
**Suite [1]** 1/16
**summary [2]** 7/1 11/9
**Sunday [1]** 9/21
**sure [6]** 4/11 5/4 5/16 5/19 5/20 6/4
**surprise [1]** 6/25
**surprised [1]** 9/8
**Swinton [6]** 3/22 6/18 7/25 9/7 10/16 11/13

**T**
**take [4]** 8/23 9/2 10/24 12/13
**talk [2]** 4/9 5/13
**Taylor [2]** 1/14 3/17
**taylortn [1]** 1/18
**team [1]** 9/20
**technological [1]** 13/7
**telephone [2]** 1/11 3/10
**tended [1]** 9/13
**Teresa [2]** 1/14 3/17
**Teresa Taylor [1]** 3/17
**than [3]** 5/2 9/5 9/6
**thank [8]** 4/1 4/22 10/14 12/2 12/10 12/14 12/15 12/16
**thank you [5]** 10/14 12/2 12/10 12/15 12/16
**that [61]**
**that's [10]** 3/23 5/1 5/8 5/8 9/18 10/8 10/11 11/10 11/21 12/5
**their [1]** 7/2
**them [5]** 8/1 8/7 8/18 11/14 11/14
**themselves [2]** 3/14 6/7
**then [5]** 5/13 6/21 11/9 11/16 12/6
**there [2]** 7/18 11/9
**there's [3]** 8/11 8/12 8/13
**therefore [1]** 13/6
**they [10]** 6/7 6/12 6/15 6/23 8/2 8/6 8/8 8/17 10/22 11/15
**they'll [1]** 8/2
**they're [3]** 6/23 6/25 7/8
**thing [2]** 5/10 7/18
**things [1]** 5/6
**think [9]** 5/23 6/7 6/9 6/21 7/6 7/8 8/22 10/13 10/18
**thinking [1]** 10/8
**this [23]**
**those [3]** 6/19 6/22
**thought [1]** 5/6
**till [1]** 9/4
**time [1]** 7/19
**timeline [1]** 11/7
**timetable [1]** 6/5
**titled [1]** 13/4
**today [1]** 3/16
**tomorrow [2]** 4/3 4/7
**transcript [3]** 1/10 2/7 13/3
**transcription [1]** 2/8
**TREASURY [8]** 1/6 3/12 4/13 6/3 6/5 6/13 7/13 11/13
**troubling [1]** 5/10
**trust [1]** 5/21
**Tuesday [2]** 6/11 12/5
**turn [1]** 10/3
**type [1]** 4/14

**U**
**U.S [4]** 1/6 1/20 2/4 3/22
**unclassified [2]** 5/5 7/23
**understand [1]** 7/7
**understanding [2]** 6/12 7/3
**Understood [1]** 11/23
**unfortunately [1]** 5/20
**UNITED [5]** 1/1 1/12 3/5 3/7 3/11
**United States [3]** 3/5 3/7 3/11
**unless [2]** 9/7 10/10
**unredacted [1]** 5/5
**until [4]** 4/18 4/20 5/16 9/1
**us [2]** 10/14 10/21
**usdoj.gov [1]** 1/23

**V**
**versus [1]** 3/11
**very [3]** 4/22 11/24 12/12
**vs [1]** 1/5

**W**
**wait [2]** 4/18 4/19
**waiting [1]** 4/25
**want [4]** 5/15 8/23 10/16 11/25
**wanted [2]** 4/8 4/16
**was [8]** 4/16 4/25 5/4 6/8 6/24 7/3 8/24 11/19
**Washington [4]** 1/5 1/16 1/22 2/5
**way [5]** 4/4 4/19 8/11 8/12 8/13
**ways [1]** 6/6
**we [22]**
**We will [1]** 12/10
**we'd [1]** 5/17
**we're [8]** 5/1 5/8 5/9 5/19 5/20 9/24 11/9 11/10
**week [1]** 8/12
**weekend [2]** 5/11 6/20
**weekends [1]** 9/18
**weeks [3]** 4/15 7/10 10/4
**Welcome [2]** 3/18 3/24
**well [7]** 4/22 5/18 5/25 8/21 9/3 10/24 11/10
**were [2]** 4/25 6/13
**what [11]** 4/24 5/7 5/8 6/1 7/3 7/7 9/18 10/8 10/19 11/1 11/10
**when [7]** 4/3 4/9 7/15 7/22 9/22 10/1 10/2
**where [2]** 9/24 12/8
**whether [3]** 4/17 4/21 8/23
**which [6]** 5/1 6/23 6/24 7/2 7/4 11/8
**while [1]** 7/10
**who [2]** 6/13 8/4
**who's [1]** 8/3
**why [3]** 6/15 8/6 11/19
**will [9]** 3/13 3/19 6/3 6/14 9/8 9/20 10/4 12/4 12/10
**William [4]** 2/2 13/2 13/10 13/11
**WilliamPZaremba [1]** 2/6
**willing [1]** 5/22
**withdraw [1]** 8/18
**wondering [1]** 4/16
**word [1]** 10/24
**work [1]** 6/2
**would [8]** 5/15 6/17 8/12 8/23 10/13 10/18 11/6 11/8
**wouldn't [1]** 8/19

**Y**
**Yeah [2]** 9/16 10/7
**Yes [1]** 6/19
**you [32]**
**you'll [3]** 9/3 9/22 9/23
**you're [1]** 5/12
**You've [1]** 11/2
**your [17]**
**Your Honor [11]** 3/9 3/15 3/23 4/22 6/17 6/19 8/20 10/13 10/18 11/23 12/11
**yourselves [1]** 4/1

**Z**
**Zaremba [4]** 2/2 13/2 13/10 13/11