# EXHIBIT 1

**From:**
**To:**
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction
**Date:** Monday, May 1, 2017 12:08:00 PM

Perfect. Thx.

**From:**
**Sent:** Monday, May 01, 2017 12:04 PM
**To:**
**Subject:** FW: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

FYI

Thanks,

**From:** Medoff, Eric
**Sent:** Wednesday, April 26, 2017 1:20 PM
**To:**
**Cc:**
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Thanks a bunch for stopping by today, ▇. The information below will make it easy for us to attach the reference number to the case and proceed with denial.

Regards, Eric

**From:**
**Sent:** Wednesday, April 26, 2017 1:03 PM
**To:** Medoff, Eric;
**Cc:**
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hey Eric,

Per our conversation the number is: SDGT-6722.

Thanks!

**From:** Medoff, Eric
**Sent:** Monday, April 24, 2017 4:36 PM
**To:**
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Thanks very much, ▇. This should be enough for us to continue to process the case. If you have time later this week, I would be interested in seeing the information.

Eric

**From:**
**Sent:** Monday, April 24, 2017 4:08 PM
**To:** Medoff, Eric;
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi Eric and ▇,

The original rationale for the blocking definitely still stands. Please let me know if you need this response in more detail. Also, I have the physical package now if you would also like to review it yourself.

V/r,

Near East Section
Office of Global Targeting

AR 109

Office of Foreign Assets Control
US Department of the Treasury
Office: (202) ▓
Mobile: (202) ▓
▓@treasury.gov
▓@tsdn.treasury.sgov.gov
▓@treasury.ic.gov

**From:** Medoff, Eric
**Sent:** Monday, April 24, 2017 12:41 PM
**To:** ▓ ; ▓
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Understood. We'll look forward to your definitive recommendation. Thanks very much, ▓.

**From:** ▓
**Sent:** Monday, April 24, 2017 12:10 PM
**To:** Medoff, Eric; ▓
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi Eric,

Based on the early version of the memo that I saw, it appears to still be a good block. The OIA person who drafted the memo left several months ago for a detail, which appears to have been the hold up on OIA's side. They have opened his safe and found it, so I will pick it up this afternoon and will send you a definitive recommendation later today or tomorrow.

V/r,

▓
Near East Section
Office of Global Targeting
Office of Foreign Assets Control
US Department of the Treasury
Office: (202) ▓
Mobile: (202) ▓
▓@treasury.gov
▓@tsdn.treasury.sgov.gov
▓@treasury.ic.gov

**From:** Medoff, Eric
**Sent:** Monday, April 24, 2017 11:52 AM
**To:** ▓ ; ▓
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Thanks, ▓.

I can wait for the final package. In the meantime, if OGT is able to confirm that there is a good block and recommends denying the request to release funds, we should be able to move forward with a denial.

Eric

**From:** ▓
**Sent:** Monday, April 24, 2017 10:35 AM
**To:** ▓ ; Medoff, Eric
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi ▓,

I am still waiting to get the final package from OIA. I will ping them about this again. I am sorry for the frustrating delay.

Eric, I have an older version they were able to send me if you would like to review that in the

AR 110

meantime.
V/r,
▮

Near East Section
Office of Global Targeting
Office of Foreign Assets Control
US Department of the Treasury
Office: (202) ▮
Mobile: (202) ▮
▮@treasury.gov
▮@tsdn.treasury.sgov.gov
▮@treasury.ic.gov

**From:** ▮
**Sent:** Thursday, April 06, 2017 5:25 PM
**To:** ▮; Medoff, Eric
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Thanks ▮. Before we draft the response, would it be possible for licensing Chief Eric Medoff to meet with you to review the information you have about the entity?
Thank you,
▮

**From:** ▮
**Sent:** Thursday, April 06, 2017 2:07 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi ▮,
I still haven't been able to get the correct version of the package from OIA; but based on the earlier version I have, I think we can conclusively say that an SDN continues to have an interest in this payment.
V/r,
▮

Near East Section
Office of Global Targeting
Office of Foreign Assets Control
US Department of the Treasury
Office: (202) ▮
Mobile: (202) ▮
▮@treasury.gov
▮@tsdn.treasury.sgov.gov
▮@treasury.ic.gov

**From:** ▮
**Sent:** Thursday, March 23, 2017 3:22 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

+ ▮, as he will be assuming my responsibilities as a coordinator for these.

**From:** ▮
**Sent:** Wednesday, March 22, 2017 8:47 AM
**To:** ▮
**Cc:** Alcowicz, Nikole;
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in

the transaction
Hi ▮,
Just making sure you saw this that we are going to need more than two weeks.
Thanks.

**From:** ▮
**Sent:** Monday, March 20, 2017 11:15 AM
**To:** ▮ ; ▮
**Cc:** ▮ ; ▮
**Subject:** RE: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hey ▮,
I am waiting for materials to start this one, so it could go over the two week time period.
V/r,
▮
Near East Section
Office of Global Targeting
Office of Foreign Assets Control
US Department of the Treasury
Office: (202) ▮
Mobile: (202) ▮
▮treasury.gov
▮@tsdn.treasury.sgov.gov
▮@treasury.ic.gov

**From:** ▮
**Sent:** Wednesday, March 15, 2017 10:58 AM
**To:** ▮ ; ▮
**Cc:** ▮ ; ▮
**Subject:** FW: SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi ▮ and ▮,
Please see below and attached, which reference OFAC blocking order memo SDGT- 6722 dated February 12, 2016. According to OASIS, the primary investigator was ▮.
Can you review the application info and confirm that ▮ in other words, does OGT continue to determine that the transaction involves property or interests in property of an SDGT?
Let me know if you think you will need more than two weeks.
Thanks.
▮

**From:** ▮
**Sent:** Wednesday, March 15, 2017 9:00 AM
**To:** ▮
**Subject:** SDGT-2016-329910-1: Confirmation on Askan Holding LTD., or any other party involved in the transaction

Hi ▮,

▮

Is Askan Holding LTD, or any other party involved in the transaction a SDGT? Please review the request and attached documentation and advise on OGT's position regarding this matter. If you are able to, please reply within two weeks. If you think it will take longer than two weeks, please send an interim response. If no response is received a license will be issued.
Thanks,
▮



Yours sincerely,

Transylvania International Ai[rlines]

By: Nizam K[...]
Chairman

Agreed and accepted this 26 of December, 2015:

Seller Name: JetP[...]

Signature

Printed Name

Title: COO

## 5. Cost of Service,

MSN540, A320 Aircraft and Engines inspection fee will be 5,000.00 usd

Powerplant Advisory Service cost   ONE TIME FOR START TO WORK 3,000.00 USD

## 6. Expences of work

In connection with this Agreement, all expenses for but not limited with transfers in Turkey (Istanbul excluded) or out of Turkey, meal, overnight stays, comunication costs, local transfers and per diems will be paid by JAZZET.

## 10. Assignment.

The rights and duties granted by this agreement are personal to the parties to this agreement and may not be assigned by a party without the written consent of the other parties to this agreement

## 11. Date of Sign.

This Agreement hereby signed as 2 (two) copies by the parties as the date of 01.02 2016

ILGIN Havacilik LTD.

Recep Sadettin ILGIN
Aero Advisor
Tel: 0532 233 9776

E-Mail : sadettin@ilginaviation.com

JAZZJETT Aviation LTD

UFUK SER
President

AR 135



# AIRCRAFT INSPECTION REPORT

ILGIN AVIATION

15-22 JAN 2016
AeroTurbine / Phoenix, AZ

haric hepsi %50 nin uzerindedir. Lastiklar kullanilabilir durumdadir ancak jantlar cok iyi durumdadir. Brake Fanlar C Bakimda temizlenmis ve kontrol edilmistir hepsi calisir durumdadir. Kanatlar gorundugu kadari ile iyi durumdadir Herhangi bir hasar gorulmedi. Yakit veya Hidrolik kacagina rastlanmadi. Tum fairingler ve paneller iyi durumdadir. Isiklarin hepsi calismaktadir.

- Kargolar: Kargolar iyi durumdadir. Kargo netler takili ve iyi durumdadir. Kargo panellerinde, blowout panellerde ve Smoke detectorlerde hasar ile karsilasilmadi. Kargo kapilari, baglanti ve kilitleri iyi durumdadir temizlik sonrasinda tekrar kullanilabilir duruma ulasacakdir.

- Avionic Komponentler: Genel olarak modlari yuksektir, verilen liste ile gercekte takili komponentleri karsilastirdim ve genel olarak listelenmis malzemeler ucak uzerinde bulunmaktadir. Avionic fanlar calismaktadir ayrica gorulebildigi kadari ile havalandirma borulari cok iyi durumdadir. E&E de herhangi eksik malzeme, role veya kompanent gorulmedi.

- Kokpit: Kokpit iyi durumdadir windshield larda herhangi bir hasar yoktur. Tum aksamlar calisir gozukmektedir. Ucaga elektrik vererek Gosterge ve panellerde kontrollerler gerceklestirdik. Herhangi bir sorunla karsilasmadik. Kokpitte guclendirilmis kapi takilidir ayrica kamera sistemi mevcuttur.

- Kabin: Iki klas olarak ucagin uretiminden beri kullanilmaktadir. Koltuk kiliflari ve minderleri orta seviyededir, yasinin getirdigi deformasyon mevcuttur. KOltukalrin yanmazlik sertifikalari yoktur. Bulmalari icin bilgi verdim ancak hala cevap gelmemistir. Geneler olarak yan duvar kaplamalari ve tavan kaplamalari son sira haricinde iyi durumdadir. Son siradaki yan duvar kaplamalarinda ayrilma ve kaplama soyulmalari gozlenmistir. Halinin orta bolumu yenilenmis kalan yerleri vasat durumdadir. Tum kabin camlari kontrol edilmistir hasar ile karsilasilmamistir. Bas ustu dolaplari iyi durumdadir. Galleyler ve tuvaletler yasinin getirdigi normal asinmalar mevcuttur. Galeylerde Firinlar ve Kahve makinalari vardir hot pot, hot plate veya sogutma uniteleri yoktur. Ucakta su olmadigindan lavatory ve galley sistemi test edilememistir. Slidelarin 2-3 yil omurleri vardir. Kabin Ici Emergency ekipmanlarin takilis ve shop kayitlari mevcuttur.

F. Sonuc: Ucagin bakim takibi ve parcalarinin takibi bir onceki operator tarafindan iyi yapildigi ve el degistirme sirasinda tum dokumanlarin iyi hazirlandigi anlasiliyor. Bir kac govde tamiri ile ilgili problemler ve Yanmazlik sertifikalari ile ilgili eksikler olsada ucak ve dokumanlari kabul edilebilir durumdadir. Inis takimlari, rudder ve diger kontrol yuzeyleri iyi durumdadir. Sonuc olarak teardown sonrasinda degerli malzemeler elde edilebilir.

Ucagin tum resimlerine asagidaki linkten ulasabilirsiniz,

https://drive.google.com/open?id=0B25LI7D4DUaSWnhiUIdDZjdiUms



Say
Oz
Te

3

AR 139

2. As OFAC is aware, the escrow agent, Froriep, had received the deposit amount of 915,960.96 USD for Applicant's intended transaction with JetPro Inc., in its escrow account at Credit Suisse bank in Geneva, Switzerland, from Applicant's financial institution, Akbank T.A.S.—Kremer Branch, in Antalya, Turkey, via Deutsche Bank Trust Company Americas ("Deutsche Bank"). When due to default of JetPro Inc the envisaged transaction could not be completed, Froriep transferred the Blocked Funds (although not yet blocked) back from the escrow account at Credit Suisse Geneva to Applicant's account at Akbank T.A.S. in Turkey again via Deutsche Bank. This time Deutsche Bank, acting as Credit Suisse's correspondent U.S. financial institution for the U.S. dollar denominated transaction, blocked the entire funds transfer on February 3, 2016, purportedly because of the Specially Designated Global Terrorist sanctions program.[1] As noted above, Froriep filed its own unblocking application on February 22, 2016.

3. After the blocking occurred, in March 2016, Applicant's European counsel reached out to the OEE Agent, ███████, who had purportedly prevented JetPro Inc. from engaging in the proposed transaction for the sale of the specific aircraft to Applicant because the technical inspection of the aircraft had been carried out by an individual named Recep Ilgin (as detailed in the Application), in order to request Agent ███'s assistance in the unblocking of the funds.

4. After several correspondences by Applicant's European counsel and undersigned counsel, with Agent ███, where counsels responded to detailed inquiries from Agent ███ concerning persons involved in the proposed transaction and other details concerning the proposed transaction that he advised he would forward to OFAC, Agent ███'s last correspondence with undersigned counsel, on January 23, 2017, advised that "I forwarded information provided by TIA to OFAC…I have not heard back…OFAC and/or the bank in question is 'holding' TIA proceeds/money. The best course of action is to directly contact OFAC and/or the bank via official requests/channels if TIA has not already done so."[2]

5. In consideration of Agent ███'s January 23, 2017 correspondence with undersigned counsel, where it was suggested by Agent ███ that the Deutsche Bank may be responsible for the continued blocking of the funds, on February 1, 2017 undersigned counsel submitted a formal request letter to Deutsche Bank's Compliance Department for assistance in the release of the blocked funds.[3] Deutsche

---

[1] According to Froriep, Deutsche Bank had advised it that, "…the funds had been blocked due to sanctions under the SDGT Program."
[2] Exhibit A—Jan. 23, 2017 Email Correspondence from ███████ to undersigned counsel.
[3] Exhibit B—Feb. 1, 2017 Submission by Undersigned Counsel, on behalf of Applicant, to Deutsche Bank's Compliance Department.

2



Kian Meshkat <meshkat@ferrariassociatespc.com>

## Request for a Meeting--Transylvania International Airlines

▇▇▇▇▇▇ ▇▇▇▇▇▇ @bis.doc.gov>　　　　　　　　　　　　　　　　　　Mon, Jan 23, 2017 at 3:20 PM
To: Kian Meshkat <meshkat@ferrariassociatespc.com>
Cc: Erich Ferrari <ferrari@ferrariassociatespc.com>

Mr. Meshkat,

As stated in my initial email to Mr. Merckx, I forwarded information provided by TIA to OFAC. I have not heard back, as OFAC is a separate agency and does not have requirements to provide OEE information. OFAC and/or the bank in question is "holding" TIA proceeds/money. The best course of action is to directly contact OFAC and/or the bank via official requests/channels if TIA has not already done so. At this time a meeting would not benefit the situation.

Thank you,

▇▇▇▇▇
Department of Commerce
Bureau of Industry and Security
Office of Export Enforcement
21711 N 7th St
Phoenix, AZ 85024



Farhad R. Alavi
202.686.4859
falavi@akrivislaw.com

Teresa N. Taylor
202.730.1271
ttaylor@akrivislaw.com

October 9, 2019

**Via Online Submission**
Mr. ▇
Chief, Licensing Division
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, D.C. 20220

  Re: Askan Holdings: Application for the Release of Blocked Funds
     **Expedited Review Requested**

Dear Mr. ▇:

We hereby submit this license application on behalf of our client, Askan Holdings Ltd. ("Askan"), to authorize the release of funds in the amount of $915,960.96 and any accrued interest belonging to Askan that were erroneously blocked on February 3, 2016 by Deutsche Bank Trust Company Americas ("Deutsche Bank"). The funds were blocked pursuant to the Global Terrorist Sanctions Regulations, 31 C.F.R. part 594 (the "GTSR"). For reasons detailed below, we believe the funds were blocked in error and request a license authorizing their release. Given the amount of time that has lapsed since the funds were blocked, we respectfully request expedited review.

**Executive Summary:**

Askan Holdings Ltd. is a Seychelles company owned by a Romanian entity, Transylvania International Airlines SRL. In 2015 and 2016, Askan tried to purchase a used Airbus commercial aircraft in Asia through JetPro International, LLC. ("JetPro"), a U.S.-based broker. Although Askan had paid a $923,000 deposit on the aircraft, JetPro incessantly delayed the transaction to the point that Askan sought a refund of its funds, which had been sent through the escrow agent, Froriep, a Swiss law firm. In the process of being returned to Froriep, the funds were blocked by Deutsche Bank. Froriep and Askan's previous counsel have sought specific licenses from the Office of Foreign Assets Control ("OFAC") to release the funds only to be denied, with OFAC simply stating that an entity designated as a Specially Designated Global Terrorist ("SDGT") had an interest in the transaction, without identifying that party. Askan denies any knowledge of any such parties in the transaction.

Our firm has conducted various searches both internally and has retained an independent third party in the United States to conduct due diligence on the parties at issue and have similarly found

**From:** ▆
**Sent:** Wednesday, March 11, 2020 1:18 PM
**To:** ▆
**Subject:** FW: LIC referral to OGT CT Team:   SDGT-2019-363638-1 Askan Holdings Ltd.

You can upload this email

**From:** ▆
**Sent:** Tuesday, January 28, 2020 10:56 AM
**To:** ▆ ; ▆
**Cc:** Rasmussen, Mary ; ▆
**Subject:** RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

▆,

I have the SDGT-6722 blocking memo on TFIN and just emailed it to Mary Pat.

Thanks,
▆

**From:** ▆ <▆treasury.gov>
**Sent:** Monday, January 27, 2020 1:25 PM
**To:** ▆ <▆@treasury.gov>; ▆ <▆@treasury.gov>
**Cc:** Rasmussen, Mary <▆@treasury.gov>; ▆ <▆@treasury.gov>
**Subject:** FW: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.
**Importance:** High

Hey ▆,

I think something is getting lost in the cross over between the two teams. Licensing really needs a copy of SDGT-6722 to add to our record. ▆ has been waiting for a little over a month to receive a copy. Could one of you remit or let us know where the memo is stored so we can make a reference in the case file? OCC requires this before signing off.

Thanks!
▆

**From:** ▆
**Sent:** Monday, January 13, 2020 10:07 AM
**To:** ▆ <▆@treasury.gov>
**Cc:** ▆ <▆@treasury.gov>
**Subject:** RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

Hi ▆,

I wanted to see again if it was possible to get the unclassified memo for the case file.

**From:** ▮ ▮
**Sent:** Thursday, December 12, 2019 4:30 PM
**To:** ▮ @treasury.gov>; ▮ @treasury.gov>; ▮
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>
**Cc:** ▮ @treasury.gov>
**Subject:** RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

Thank you. Is it possible to share an unclassified memo sent to banks? If I can have this with the case file I don't think any future applications will have to go to OGT.

**From:** ▮ @treasury.gov>
**Sent:** Thursday, December 12, 2019 4:12 PM
**To:** ▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>
**Cc:** ▮ @treasury.gov>; ▮ @treasury.gov>
**Subject:** RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

▮ -

Hello! The original rationale for the blocking still stands, pursuant to blocking memo SDGT-6722.

Thank you,
▮
Sanctions Investigator
W: (202) ▮

**From:** ▮ @treasury.gov>
**Sent:** Thursday, December 12, 2019 3:49 PM
**To:** ▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>
**Cc:** ▮ @treasury.gov>; ▮ @treasury.gov>
**Subject:** RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

I'm familiar with this case. Adding ▮ who I think should work this based on portfolio.

**From:** ▮ @treasury.gov>
**Sent:** Thursday, December 12, 2019 3:43 PM
**To:** ▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;
▮ @treasury.gov>; ▮ @treasury.gov>;

2

■ @treasury.gov>; ■ @treasury.gov>;
■ @treasury.gov>; ■ @treasury.gov>
Cc: ■ @treasury.gov>; ■ @treasury.gov>
Subject: RE: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

■,

This was a CT designation done by the ■ I'm looping in ■ to see how they want to carry this forward. ■ is also in one of the attached e-mails as having worked this the last time it came around.

■

■
Office of Foreign Assets Control
Department of the Treasury
■ @treasury.gov
Desk: 202■

From: ■ @treasury.gov>
Sent: Thursday, December 12, 2019 11:45 AM
To: ■ treasury.gov>; ■ @treasury.gov>; ■
■ @treasury.gov>; ■ @treasury.gov>; ■
■ @treasury.gov>; ■ @treasury.gov>
Cc: ■ @treasury.gov>; ■ @treasury.gov>
Subject: FW: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

Good morning,

Please review for licensing determination.

R,
■

From: ■ @treasury.gov>
Sent: Thursday, December 12, 2019 11:39 AM
To: ■ @treasury.gov>
Subject: LIC referral to OGT CT Team: SDGT-2019-363638-1 Askan Holdings Ltd.

Hi ■ and OGT:

OFAC has received a request from Askan Holdings Ltd. a Seychellois entity, requesting the return of funds held by Deutsche Bank. The Originator and Beneficiary of the funds in question have applied previously for licenses and have both been denied. The applicant/Beneficiary Askan Holdings states the funds are a refund from Froriep, who held the funds as a down payment on the purchase of an Airbus A320. When the sale did not materialize Froriep wired the down payment back to Askan Holdings, but Deutsche Bank blocked the transfer, pursuant to blocking memo SDGT-6722. The two previous applications were denied by OFAC, as it appears the funds were properly blocked pursuant to SDGT-6722. At this time, could OGT please confirm this is still a good block under SDGT-6722 or other authority? The attached include the application, blocking report and previous correspondence with OGT from the previous cases. Please handle this request first in first out.

Thank you in advance for your assistance,

AR 198

███████
Licensing Officer
Office of Foreign Assets Control
Licensing Division
(p) 202-████

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by replying to this e-mail, or call 202-622-2480 immediately. Thank you.