## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASKAN HOLDINGS,  ) | |
| Plaintiff,  ) | |
|  ) | |
| v.  ) | |
|  ) | Case No.: 1:20-cv-01458- RJL |
| U.S. DEPARTMENT OF THE  ) | |
| TREASURY,  ) | |
| *et al.*, Defendants.  ) | |
|  ) | |

### JOINT STATUS REPORT

Pursuant to the Minute Order dated September 19, 2020, counsel for the parties have conferred by email and hereby submit this Joint Status Report. The factual and procedural background, as well as the parties' respective substantive positions, remain the same as at the time of the parties' previous status report, dated September 15, 2020. ECF No. 28. On September 15, 2020, Defendant Office of Foreign Assets Control ("OFAC") had issued a license authorizing the transfer of the funds at issue from the State of New York (NYS) to Plaintiff Askan Holdings. Since the previous status report, Plaintiff has been working with NYS, seeking transfer of the funds. To date, those funds have not transferred, and Plaintiff represents that its discussions with NYS are ongoing. Counsel for the parties agree that more time would be helpful to determine what issues remain in this case. The parties jointly propose that they submit an additional status report on November 16, 2020.

Dated: October 15, 2020                                   Respectfully submitted,

  */s/* Teresa Taylor                                           Ira E. Hoffman (DC Bar No. 389132)
Teresa Taylor (DC Bar No. 484655)               BUTZEL LONG, P.C.
Joseph G. Cosby (DC Bar No. 29677)            1909 K Street, N.W., Suite 500

Washington, DC 20006
Tel: (202) 454-2800
Fax: (202) 454-2805
taylortn@butzel.com
cosby@butzel.com


*Counsel to Askan Holdings, Ltd.*

ETHAN P. DAVIS
Acting Assistant Attorney General
DIANE KELLEHER
Assistant Director, Federal Programs Branch

   /s/Amy E. Powell
Amy E. Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel to Defendants*