IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| ASKAN HOLDINGS,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF THE<br>TREASURY,<br>　　　　*et al.*, Defendants. | )<br>)<br>)<br>)<br>)　Case No.: 1:20-cv-01458- RJL<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated October 18, 2020, Plaintiff Askan Holdings ("Askan") and Defendant Office of Foreign Assets Control ("OFAC" or "Federal Defendant") hereby file this Joint Status Report today November 16, 2020.  These parties updated the Court as to the status of this matter most recently on September 15, 2020, and October 15, 2020.  ECF Nos. 28, 29.

On November 9, 2020, Plaintiff filed an amended complaint that adds additional claims and additional defendants.  ECF No. 31.  Plaintiff represents that the funds at issue in this case have not been transferred to Askan at this time because gathering the information required by the New York State Comptroller, which currently holds the funds, is onerous and has created significant hurdles to complete this process.

Assuming that the amended complaint is properly filed, the Federal Defendant's response to the amended complaint would be due November 23, 2020.  *See* Fed. R. Civ. P. 15(a)(3). Counsel for the Federal Defendant believes that more time would be helpful to determine what issues remain in this case and to prepare a response to the amended complaint.  The Federal Defendant currently anticipates filing a motion to dismiss.  Counsel for Askan does not oppose

extending the Federal Defendant's deadline for responding to the amended complaint to January 15, 2021.

The Federal Defendant believes that an additional status report, updating the Court and proposing next steps, would be helpful and recommends that the Court direct these parties to submit that status report on December 4, 2020. Askan does not agree that further status reports would be beneficial to the Court but does not object to the Federal Defendant's proposal.

Dated:  November 16, 2020                                     Respectfully submitted,

| | |
|---|---|
| _/s/_ Teresa Taylor | JEFFREY BOSSERT CLARK |
| Teresa Taylor (DC Bar No. 484655) | Acting Assistant Attorney General |
| Joseph G. Cosby (DC Bar No. 29677) | DIANE KELLEHER |
| Ira E. Hoffman (DC Bar No. 389132) | Assistant Director, Federal Programs Branch |
| BUTZEL LONG, P.C. | |
| 1909 K Street, N.W., Suite 500 | _/s/Amy E. Powell_ |
| Washington, DC  20006 | Amy E. Powell |
| Tel:  (202) 454-2800 | Civil Division, Department of Justice |
| Fax: (202) 454-2805 | c/o U.S. Attorney's Office |
| taylortn@butzel.com | 150 Fayetteville St., Suite 2100 |
| cosby@butzel.com | Raleigh, NC 2760 |
| | Phone: 919-856-4013 |
| | Email: amy.powell@usdoj.gov |
| _Counsel to Askan Holdings, Ltd._ | |
| | _Counsel to Defendants_ |