# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASKAN HOLDINGS, )<br>       Plaintiff, )<br>                    )<br>          v.       )<br>                   )<br>U.S. DEPARTMENT OF THE )<br>TREASURY, )<br>      *et al.*, Defendants. )<br>                  )  | Case No.:  1:20-cv-01458- RJL |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated November 19, 2020, Plaintiff Askan Holdings ("Askan") and Defendant Office of Foreign Assets Control ("OFAC" or "Federal Defendant") hereby file this Joint Status Report today December 4, 2020.  These parties updated the Court as to the status of this matter most recently on September 15, 2020, October 15, 2020, and November 16, 2020.  ECF Nos. 28, 29, 32.  Pursuant to the Order dated November 19, 2021, the Federal Defendant's response to the Amended Complaint is currently due January 15, 2021.

### Plaintiff's Position

Askan represents that the funds at issue in this case still have not been transferred to Askan at this time.  As indicated in the last status report, Askan filed an amended complaint (ECF No. 31) that broadens this lawsuit significantly by adding additional claims and defendants.  This case no longer concentrates solely on the return of Askan's down payment.  This case now includes claims concerning a license OFAC issued to the State of New York Comptroller's Office that Askan asserts has caused additional harm to Askan above and beyond the injuries alleged in the original complaint.  The amended complaint now includes two claims for violation of the Fifth Amendment; a claim that OFAC surreptiously adopted secret laws not

disclosed to the public in violation of federal law; a claim that OFAC's delays in acting on Askan's license applications have harmed Askan in violation of the Administrative Procedure Act; and a claim that OFAC, colluding with state officials in New York acting under color of New York law, has deprived Askan of federal rights in violation of 42 U.S.C. § 1983. .

Plaintiff understands that the Federal Defendant is considering filing a motion to stay. Given the significantly broadened scope of this litigation, Askan does not agree that this suit should be stayed pending action on its petition for return of its down payment and recommends that the Court direct the parties to proceed with the lawsuit.

**Defendant's Position.**

On September 15, 2020, OFAC issued a license authorizing the State of New York to unblock and disburse the escheated funds, including any interest earned on those funds, to Askan through its legal counsel, Butzel Long P.C., via check. As such, OFAC's authorities no longer prevent Plaintiff's possession of the funds at issue, which the Government understands is now governed by the laws of the State of New York. The Federal Defendant continues to believe Plaintiff's present action is entirely mooted by the unblocking of the funds, notwithstanding the Amended Complaint. It further appears from the Amended Complaint and from the Plaintiff's position above, however, that Plaintiff still has not completed the paperwork to make a claim on the funds held by the State of New York. In light of the lack of progress in Plaintiff's administrative claim the Federal Defendant is considering a motion to stay this proceeding while Plaintiff completes its claim for abandoned funds with the State of New York, but there is no motion currently before the Court on this issue.

Dated:  December 4, 2020

        /s/ Teresa Taylor
Teresa Taylor (DC Bar No. 484655)
Joseph G. Cosby (DC Bar No. 29677)
Ira E. Hoffman (DC Bar No. 389132)
BUTZEL LONG, P.C.
1909 K Street, N.W., Suite 500
Washington, DC  20006
Tel:  (202) 454-2800
Fax: (202) 454-2805
taylortn@butzel.com
cosby@butzel.com

*Counsel to Askan Holdings, Ltd.*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DIANE KELLEHER
Assistant Director, Federal Programs Branch

        /s/Amy E. Powell
Amy E. Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel to Defendants*